

Case: 2:22cv07303   Doc: 17

Gerardo Valdivia
9347 Slauson Avenue
Pico Rivera, CA 90660