# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 22-7303-TJH (PLAx)                                              Date  December 20, 2022

Title:   Innovative Sports Management, Inc. v. Gerardo Valdivia

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

Two documents sent by the Court to defendant's address of record, the same address that defendant used on a filing as recently as December 13, 2022 (ECF no. 20), have now been returned to the Court (see ECF nos. 16, 21).  While the Court will continue to mail documents to defendant's address of record in Pico Rivera, as well as to a separate address in Bellflower provided by plaintiff (see ECF no. 19), the Court advises defendant that should he not receive documents from the Court or from plaintiff because he has not provided the Court with a current address and/or has prevented mail from being delivered to his address of record, and the failure to receive any such document results in him not responding to motions, orders, or the like, that failure to respond could result in adverse consequences in this action, including entry of judgment against him.

cc:    Thomas P. Riley, Esq.
       Gerardo Valdivia, pro se

Initials of Deputy Clerk   ch