UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-7303-TJH(PLAx) | Date | JANUARY 3, 2023 |

| | |
|---|---|
| Title | Innovative Sports Management, Inc. v. Gerardo Valdivia |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Defendant's motion for leave to file sur-reply [26], filed on January 3, 2023 is hereby denied with leave to renew, for failure to comply with Local Rule 7-19.1 and failure to lodge a proposed sur-reply.

IT IS SO ORDERED.


cc: all parties