FILED

2023 MAY 12  PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1  Your name:_____Gerardo Valdivia_____

2  Address:_____9347 Slauson Av_____

3  Pico Rivera, ca 90660

4  Phone Number: 5622005748_

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS ) Case Number: 2:22-CV-07303-TJH- KSx
MANAGEMENT, INC., d/b/a : )
INTEGRATED SPORTS MEDIA, : ) **DECLARATION OF** *[name]*
 )
 Plaintiff, )  _____Gerardo Valdivia_____
 )
vs. ) **IN SUPPORT OF** __Motion to Compel__
 )
GERARDO VALDIVIA, individually : and )
d/b/a TONDERO PERUVIAN : CUISINE, : : )
Defendant. : )

I, *[name]*_____Gerardo Valdivia_____

_____declare as follows:

*[In the first paragraph, explain who you are and how you are connected to the party or events relevant to the lawsuit. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are involved.]*

1. I am __Defendant__

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF GERADO VALDIVIA IN SUPPORT OF MOTON TO COMPEL
CASE NO 2:22-CV-07303-TJH-PLA PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

1  3. <u>Plaintiff has never responded to our request for production of documents, and all his
2  answers to our special interrogatories are evasive, I sent him letters and called him to meet and
3  confer, however he never showed up to the confer</u>

4  
5  4.____ <u>I am attaching the letters sent to plaintiff and picture when I was awaiting at his house
6  where he never has showed up even, I knocked his door for several minutes. I am attaching also
7  the documents I produced to Plaintiff which are important documentation – on the contrary he has
8  produce zero documentation.</u>

9  
10 *Attached Plaintiff inadequate and incompliance responses to discover Exhibit A*
   *Attached as Exhibit A is a copy of a letter that I sent on via process service Exhibit B*
11 *Attached is the photo I took when waiting at Plaintiff house Exhibit C*
   *Attached Plaintiff is our responses to his discover including documents produced from us to*
12 *Plaintiff Exhibit D*

13 
14 I declare under penalty of perjury under the laws of the United States that the foregoing is
15 true and correct and that this declaration was executed on 5/10/2023

16 
17 Signature: _____
18 Printed name: Gerardo Valdivia
19 Address: <u>9347 Slauson Av</u>
20 <u>Pico Rivera, ca 90660</u>
21 
22 Phone Number: <u>5622005748</u>

DECLARATION OF GERADO VALDIVIAIN SUPPORT OF MOTON TO COMPEL
CASE NO <u>2:22-CV-07303-TJH-PLA</u> PAGE ___ OF ___ [*JDC TEMPLATE Rev.2015*]

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred;

On _5/10/2023 I served the foregoing document(s) described as:

**DECLARATION OF** Gerardo Valdivia **IN SUPPORT OF** Motion to Compel

_____ to the following parties:

Thomas P. Riley Law Offices of Thomas P. Riley, P.C. First Library Square 1114 Fremont Avenue South Pasadena, CA 91030-3227 [X] (By U.S. Mail) I deposited such envelope in the mail at Los Angeles, California with postage thereon fully prepaid. I am readily familiar with the regular and customary business practice of this office in which mail is duly deposited inthe United States Mail at , California on the date that it is mailed.

Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _5/10/2023_____

Art Cervera
Reg 20200027

_____

DECLARATION OF GERADO VALDIVIAIN SUPPORT OF MOTON TO COMPEL
CASE NO 2:22-CV-07303-TJH-PLA PAGE ___ OF ___ [JDC TEMPLATE Rev.2015]