FILED

2023 MAY 12  PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   INNOVATIVE SPORTS MANAGEMENT, INC.
7  d/b/a INTEGRATED SPORTS MEDIA

8

9                 UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT COURT OF CALIFORNIA
10                     WESTERN DIVISION

11

12  Innovative Sports Management, inc., d/b/a      Case No.: 2:22-cv-07303-TJH-KSK
    Integrated Sports Media,

13                                                 PLAINTIFF'S RESPONSES TO
                    Plaintiff,                      DEFENDANT'S REQUEST FOR
14                                                 PRODUCTION OF DOCUMENTS
                    v.
15

16  Gerardo Valdivia,

17                  Defendant.

18

19  PROPOUNDING PARTY: Defendant Gerardo Valdivia, individually and d/b/a Tondero
                        Peruvian Cuisine
20

21  RESPONDING PARTY:    Innovative Sports Management, Inc., d/b/a Integrated Sports Media

22  SET NUMBER:          ONE (1)

23

24      Pursuant to the Federal Rules of Civil Procedure Rule 34, Plaintiff INNOVATIVE SPORTS

25  MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA ("Plaintiff") hereby responds to the

26  Request for Production of Documents of Gerardo Valdivia individually and d/b/a Tondero Peruvian

27  Cuisine ("Defendant").

    ///
28

## INTRODUCTION

1
2
3          Plaintiff has not completed its discovery or preparation for the trial of this matter.
4   Furthermore, Plaintiff has not completed its review and analysis of documents thus far gathered in
5   the course of discovery.  Accordingly, these responses are made without prejudice to Plaintiff's right
6   to present additional facts or contentions based upon information and documentation hereafter
7   obtained or evaluated.
8          Plaintiff specifically reserves the right to supplement or amend these responses or present
9   additional facts, contentions and documents at a later date, including the right to raise any applicable
10  objections, in light of developments in the law or the underlying claims and any relevant information
    or documentation that Plaintiff subsequently may obtain.
11         Plaintiff has made a reasonable effort to respond to each request as it understands and
12  interprets each said request.  If Defendant subsequently assert a different interpretation, Plaintiff
13  reserves the right to supplement its responses and/or objections.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

## GENERAL OBJECTIONS

The following general objections apply to each and every response given herein, and are incorporated into Plaintiff's responses to each request for production and inspection as if set forth fully in each and every one of the following responses:

1.     Plaintiff objects to any instructions or directions in the Request to the extent that they are contrary to provisions of the Federal Rules of Civil Procedure Rule 33.  Plaintiff is not obligated to, and decline to, comply with any instructions or directions that conflict with said Rules to the extent that they purport to require any actions beyond or different from those set forth in Rule 33.

2.     Plaintiff objects to each request for production to the extent that is calls for the disclosure of information protected by the attorney-client privilege and/or the attorney work product doctrine and/or any other applicable privilege or immunity; Plaintiff will not disclose such information.

3.     Plaintiff objects to each request for production to the extent that is calls for the disclosure of confidential information.

4.     Plaintiff objects to the Definitions to the extent the impose upon Plaintiff a duty of disclosure or other obligation nor required by the Federal Rules of Civil Procedure or Local Rules of the United States District Court for the Western District of California.

5.     Plaintiff objects to the Definitions of "YOU" and "YOUR" as being overly broad, unduly burdensome, and vague and ambiguous and to the extent it intends to impose upon Plaintiff the duty to search or identify documents in the possession of individuals or  entities other than Plaintiff and/or seeks information by the attorney-client privilege and/or work product doctrine.

6.     In stating the above objections, Plaintiff does note waive, and hereby reserves, any and all of their rights and further objections to the Request.

7.     Subject to and without waiving the foregoing objections, Plaintiff further respond as follows:

///

///

///

///

## PLAINTIFF'S SPECIFIC OBJECTIONS AND RESPONSES

### DEFENDANT'S REQUEST FOR PRODUCTION NO. 1:

Provide your company's certificate of incorporation, bylaws, rules, regulations, procedures, and any proposed amendments thereto, if any of these documents have been modified, amended or are in any way different from those produced in response to the INCIDENT.

### PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 1:

Objection.  INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 1 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

### DEFENDANT'S REQUEST FOR PRODUCTION NO. 2:

One copy of each of your most current employee lists and organizational charts.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 2:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 2 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 3:**

One copy of each annual or other periodic report of your company, separately for your company and each of its divisions or subsidiaries.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 3:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 3 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS

MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT"S REQUEST FOR PRODUCTION NO. 4:**

All minutes, recordings, summaries or reports of meetings, whether formal or informal, of the members of each committee, group or subgroup of management employees of your company, separately for your company and each of its divisions or subsidiaries.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 4:**

Objection.  INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 4 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas,

trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 5:**

All documents that report, describe, summarize, analyze, discuss or comment on the distribution of programs similar to the INCIDENT.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 5:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 5 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of

third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 6:**

Please provide all documents and communication related to any training provided to your private investigators regarding to the incident

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 6:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 6 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

///

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 7:**

Please provide all documents that describe any steps taken by YOU to monitor DEFENDANT related to tye INCIDENT

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 7:

Objection. Defendant's Request for Production No. 7 is unintelligible.

INNOVATIVE SPORTS MANAGEMENT, INC. further objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 7 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

## DEFENDANT'S REQUEST FOR PRODUCTION NO. 8:

Please provide all documents that have in writing the names and contact information of any employees or contractors of PLAINTIFF who were involved in the investigation of the alleged unlawful interception, receipt, and publication of the Plaintiff's program.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 8:

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 8 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 9:**

Please provide all documents and communication related to the management and supervision of PLAINTIFF, including any documents or communication related to the alleged unlawful interception, receipt, and publication of plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 9:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 9 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS

MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 10:**

Please provide any and all contracts or agreements related to the alleged unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 10:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 10 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC.

furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

## DEFENDANT'S REQUEST FOR PRODUCTION NO. 11:

Please describe any policies or procedures in place at PLAINTIFF for this INVESTIGATIONS

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 11:

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 11 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of

privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

## DEFENDANT'S REQUEST FOR PRODUCTION NO. 12:

Please provide all document that describe how many investigatores in order to work with you in this type of investigations that provide names, addresses, phone numbers

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 12:

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 12 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

///

///

///

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 13:**

Please provide all documents and communication related to the acquisition and use of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 13:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 13 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 14:**

Please provide all plans to execute the operation against DEFENDANT the day of the INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 14:**

Objection. Defendant's Request for Production No. 14 is unintelligible.

INNOVATIVE SPORTS MANAGEMENT, INC. further objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 14 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 15:**

Please provide all text messages you exchange with your investigators to execute the operation against DEFENDANT the day of the INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 15:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 15 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to,

those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 16:**

Please provide the phone report of what numbers do you call the day of the INCDIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 16:**

Objection. Defendant's Request for Production No. 16 is unintelligible.

INNOVATIVE SPORTS MANAGEMENT, INC. further objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 16 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks

documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 17:**

Please provide the written agreement you have with all your private investigators

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 17:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 17 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 18:**

Please provide the written notes taken by your private investigators the day of the INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 18:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 18 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 19:**

Please provide any emails you exchange with the private investigators the day of the INCIDENT

///

///

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 19:

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 19 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

## DEFENDANT'S REQUEST FOR PRODUCTION NO. 20:

Please provide any other written communications that you had with your investigators the day of the INCIDENT

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 20:

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 20 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS

MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 21:**

Please provide any email you have with GOLTV LATINAMERICA SA in 2019 to the date 2023

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 21:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 21 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC.

1  furthermore objects on the basis that the document request is overly broad, and moreover, seeks
2  documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC.
3  also objects that some or all of these books, letters, papers, and files, are available to the
4  propounding party through other and alternative sources, including but not limited to, third parties
5  herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of
6  privacy of third parties in that the person and parties herein would have a reasonable expectation of
7  privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that
   the request seeks information that is irrelevant and not proportional to the needs of the case.
8
9  **DEFENDANT'S REQUEST FOR PRODUCTION NO. 22:**
10          Please provide any written communication you have with your contact in Paraguay
11
12 **PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 22:**
13          Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all
14 and singular, of the items listed as Defendant's Request for Production No. 22 as follows: Attorney-
15 Client privilege; work product privilege; the privileges accorded under the United States
16 Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under
17 the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS
18 MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to,
19 those persons and parties who are listed and described in the documents herein; that the books,
20 letters, papers and files, and each of the same, constitute proprietary information, constitute a trade
21 secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a
22 reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas,
23 trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC.
24 furthermore objects on the basis that the document request is overly broad, and moreover, seeks
25 documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC.
26 also objects that some or all of these books, letters, papers, and files, are available to the
27 propounding party through other and alternative sources, including but not limited to, third parties
28 herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of
   privacy of third parties in that the person and parties herein would have a reasonable expectation of

privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 23:**

Please provide the lease agreement of your offices in California for 2019-2023

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 23:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 23.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 24:**

Please provide the permit of Los Angeles County to operate your business in Los Angeles

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 24:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 24.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 25:**

Please provide the registration of California Secretary of State to operate your business in California

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 25:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 25.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 26:**

Please provide the registration of New Jersey Secretary of State to operate your business in New Jersey

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 26:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 26 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under

the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 27:**

Please provide the permit from Department of Consumer Affairs of Los Angeles County to properly provide services to consumers in Los Angeles County

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 27:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 27.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 28:**

Please provide the permit from California Cable and Telecommunications Associations to properly provide cable services to consumers in California

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 28:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 28.

///

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 29:**

Please provide the permit from Federal Communications Commission to provide cable in the United States

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 29:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 29.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 30:**

Please provide the permit from any southamerican country to provide cable in South America

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 30:**

Objection. Defendant's Request for Production No. 30 is unintelligible.

INNOVATIVE SPORTS MANAGEMENT, INC. further objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 30 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the propounding party through other and alternative sources, including but not limited to, third parties herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of privacy of third parties in that the person and parties herein would have a reasonable expectation of privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that the request seeks information that is irrelevant and not proportional to the needs of the case.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 31:**

Please provide the permit from INDECOPI to provide cable in Peru

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 31:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 31.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 32:**

Please provide the permit from Autoridad de Regulación y Fiscalización de Telecommunicaciones y Transportes (ATT) to provide cable in Bolivia

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 32:**

Plaintiff has no documents responsive to Defendant's Request for Production No. 32.

**DEFENDANT'S REQUEST FOR PRODUCTION NO. 33:**

Please provide any communication you have with COMMEBOL from 2019-2023

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 33:**

Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 33 as follows: Attorney-Client privilege; work product privilege; the privileges accorded under the United States Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to, those persons and parties who are listed and described in the documents herein; that the books, letters, papers and files, and each of the same, constitute proprietary information, constitute a trade secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas, trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC. furthermore objects on the basis that the document request is overly broad, and moreover, seeks documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC. also objects that some or all of these books, letters, papers, and files, are available to the

1  propounding party through other and alternative sources, including but not limited to, third parties
2  herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of
3  privacy of third parties in that the person and parties herein would have a reasonable expectation of
4  privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that
5  the request seeks information that is irrelevant and not proportional to the needs of the case.

6

7  **DEFENDANT'S REQUEST FOR PRODUCTION NO. 34:**

   Please provide any agreement you have with COMMEBOL from 2019-2023

8

9  **PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION NO. 34:**
10      Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all
11  and singular, of the items listed as Defendant's Request for Production No. 34 as follows: Attorney-
12  Client privilege; work product privilege; the privileges accorded under the United States
13  Constitution and the Constitutions of one or more of the fifty states, the privileges accorded under
14  the rights of privacy of third parties, including but not limited to, INNOVATIVE SPORTS
15  MANAGEMENT, INC., the privileges accorded other third parties, including but not limited to,
16  those persons and parties who are listed and described in the documents herein; that the books,
17  letters, papers and files, and each of the same, constitute proprietary information, constitute a trade
18  secret, constitute information which INNOVATIVE SPORTS MANAGEMENT, INC. has a
19  reasonable expectation of privacy and is subject to a right of privacy; constitute secrets, formulas,
20  trade secrets, and business information. INNOVATIVE SPORTS MANAGEMENT, INC.
21  furthermore objects on the basis that the document request is overly broad, and moreover, seeks
22  documents which are extremely voluminous. INNOVATIVE SPORTS MANAGEMENT, INC.
23  also objects that some or all of these books, letters, papers, and files, are available to the
24  propounding party through other and alternative sources, including but not limited to, third parties
25  herein. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis of the rights of
26  privacy of third parties in that the person and parties herein would have a reasonable expectation of
27  privacy thereunder. INNOVATIVE SPORTS MANAGEMENT, INC. also objects on the basis that
28  the request seeks information that is irrelevant and not proportional to the needs of the case.

///

1
2
3
Dated: March 3, 2023

4

5

6

7

*/s/ Thomas P. Riley*
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a
INTEGRATED SPORTS MEDIA

8   ///
9   ///
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**VERIFICATION**

| | |
|---|---|
| **STATE OF NEW JERSEY** | ) |
| | )   **ss.** |
| **COUNTY OF BERGEN** | ) |

I, **DOUG JACOBS,** declare as follows:

I am the President of the Plaintiff in the subject action and make this Verification on its behalf.  I have read the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS** and know the contents thereof.  The matters stated in the foregoing are true of my own knowledge except as to those matters, which are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on ___March 2_____, 2023, in Tenafly, New Jersey.

Doug Jacobs (Mar 2, 2023 20:09 EST)

**DOUG JACOBS**

///
///
///
///
///
///
///
///
///

1

### PROOF OF SERVICE (BY MAIL)

2

3          I declare that:

4

5          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6    and not a party to the within cause; my business address is First Library Square 1114 Fremont Avenue,

7    South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and

8    processing of correspondence/documents for mail in the ordinary course of business.

9
           On March 3, 2023 I served:
10
     **PLAINTIFF'S RESPONSES TO DEFENDANT' REQUEST FOR PRODUCTION OF**
11
     **DOCUMENTS**
12          On all parties in said cause by mailing same to the Defendant at the following address:

13
           Mr. Gerardo Valdivia                          (Defendant)
14         9347 Slauson Avenue
           Pico Rivera. CA 90660
15

16          I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing

17   is true and correct and that this declaration was executed on March 3, 2023, at South Pasadena,

18   California.

19

20

21   Dated: March 3, 2023                    _/s/ Kelly M. Humphrey_____
                                             **KELLY M. HUMPHREY**
22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

# LAW OFFICES OF THOMAS P. RILEY
### A PROFESSIONAL CORPORATION

515 SOUTH FLOWER STREET
18TH FLOOR
LOS ANGELES, CA 90071-2207

WWW.TPRLAW.NET

TEL: (213) 229-9292

FAX: (213) 229-9295

March 3, 2023

Mr. Gerardo Valdivia
9347 Slauson Avenue
Pico Rivera, California 90660

Re: *G & G Closed Circuit Events, LLC v. Gerardo Valdivia*
    *Case No. 2:22-cv-07303-TJH-PLA (USDC CDCA)*

Mr. Valdivia.:                          *Transmitted by First-Class & Overnight Mail*

Please find Plaintiff's Responses to Defendant's Request for Admissions, Plaintiff's Responses to Request Defendant's Request Special Interrogatories, and Plaintiff's Responses to Defendant's Request for Production of Documents enclosed.

Cordially,

Thomas P. Riley   for

Enclosures

TPR/kmh

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
INNOVATIVE SPORTS MANAGEMENT, INC.
d/b/a INTEGRATED SPORTS MEDIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT COURT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Innovative Sports Management, inc., d/b/a Integrated Sports Media, <br><br> Plaintiff, <br><br> v. <br><br> Gerardo Valdivia, <br><br> Defendant. | Case No.: 2:22-cv-07303-TJH-PLA <br><br> **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS** |

PROPOUNDING PARTY:  Defendant Gerardo Valdivia, individually and d/b/a Tondero Peruvian Cuisine

RESPONDING PARTY:   Innovative Sports Management, Inc., d/b/a Integrated Sports Media

SET NUMBER:         ONE (1)

///
///
///
///
///
///

# REQUEST FOR ADMISSIONS

## REQUEST FOR ADMISSION NO. 1:

Admit or deny that the PLAINTIFF has no license with the California Business Consumer Affairs specifically the Plaintiff's rights as the exclusive commercial domestic distributor of the televised Program of the SUBJECT INCIDENT

## RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION NO. 1:

Defendant's Request for Admission No. 1 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

## REQUEST FOR ADMISSION NO. 2:

Admit or deny that the PLAINTIFF has no registration with the California Secretary of State to operate a Business in California as the exclusive commercial domestic distributor of the televised Program of the SUBJECT INCIDENT

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 2:

Defendant's Request for Admission No. 2 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

## REQUEST FOR ADMISSION NO. 3:

Admit or deny that the PLAINTIFF has no registration with the New Jersey Secretary of State to operate a Business in New Jersey as the exclusive commercial domestic distributor of the televised Program of the SUBJET INCIDENT

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 3:

Defendant's Request for Admission No. 3 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

///
///

**REQUEST FOR ADMISSION NO. 4:**

Admit or deny that the PLAINTIFF has no exclusive rights for a worldwide distributor of the televised Program of the SUBJECT INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION NO. 4:**

Defendant's Request for Admission No. 4 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

**REQUEST FOR ADMISSION NO. 5:**

Admit or deny that PLAINTIFF does not have any agreement with COMMEBOL

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 5:**

Defendant's Request for Admission No. 5 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

**REQUEST FOR ADMISSION NO. 6:**

Admit that your agreement is with GOLTV

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 6:**

Defendant's Request for Admission No. 6 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 1 is denied.

**REQUEST FOR ADMISSION NO. 7:**

Admit that GOLTV has no agreement with COMMEBOL

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 7:**

Plaintiff is unaware of what agreements, if any GOLTV has with COMMEBOL. As such Plaintiff is incapable of responding to this request.

///

///

**REQUEST FOR ADMISSION NO. 8:**

Admit that COMMEBOL is an organization that organized the game of INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 8:**

Plaintiff is incapable of responding to Defendant's Request for Admission No. 8 as this particular request concerns a third party.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the game of the INCIDENT between PERU-BOLIVIA was organized by COMMEBOL

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 9:**

Plaintiff is incapable of responding to Defendant's Request for Admission No. 9 as this particular request concerns a third party.

**REQUEST FOR ADMISSION NO. 10:**

Admit or deny that you have no evidence that the defendant, Gerardo Valdivia, intentionally intercepted, received, and published the plaintiff's program at Tondero Peruvian cuisine himself.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 10:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

///

///

///

**REQUEST FOR ADMISSION NO. 11:**

Admit or deny that you have no evidence whatsoever that the actions of the employees of Tondero Peruvian cuisine are directly imputable to the defendant, Gerardo Valdivia, by virtue of his acknowledged responsibility for the operation of Tondero Peruvian cuisine.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 11:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 12:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had knowledge of the unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 12:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 13:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had the authority to prevent the unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 13:**

Denied.

**REQUEST FOR ADMISSION NO. 14:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had a duty to prevent the unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 14:**

Denied.

**REQUEST FOR ADMISSION NO. 15:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, took any actions to prevent the unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 15:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 16:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, was aware of any policies or procedures in place at Tondero Peruvian cuisine related to the interception, receipt, and publication of programming.

///

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 16:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 17:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, received any training related to the interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 17:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 18:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, was responsible for ensuring compliance with laws related to the interception, receipt, and publication of programming at Tondero Peruvian cuisine.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 18:**

Denied.

///

**REQUEST FOR ADMISSION NO. 19:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had the authority to enforce compliance with laws related to the interception, receipt, and publication of programming at Tondero Peruvian cuisine.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 19:**

Denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, took any steps to enforce compliance with laws related to the interception, receipt, and publication of programming at Tondero Peruvian cuisine.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 20:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 21:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, was aware of any employees or contractors of Tondero Peruvian cuisine who were involved in the alleged unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 21:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action.

Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

## REQUEST FOR ADMISSION NO. 22:

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had the authority to terminate the employment or contract of any employees or contractors of Tondero Peruvian cuisine who were involved in the alleged unlawful interception, receipt, and publication of the plaintiff's program.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 22:

Denied.

## REQUEST FOR ADMISSION NO. 23:

Admit or deny that you have no evidence whatsoever that defendant, Gerardo Valdivia, was responsible for the management and supervision of Tondero Peruvian cuisine.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 23:

Denied.

## REQUEST FOR ADMISSION NO. 24:

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, had access to documents and communication-related to the management and supervision of Tondero Peruvian cuisine.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 24:

Denied.

///

///

**REQUEST FOR ADMISSION NO. 25:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, took any actions in response to the alleged unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 25:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 26:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, cooperated with any investigations into the alleged unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 26:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

///

///

///

**REQUEST FOR ADMISSION NO. 27:**

Admit or deny that you maliciously filed a complaint against Defendant, Gerardo Valdivia, knowing that you will not prevail in this case based on this INCIDENT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 27:**

Denied.

**REQUEST FOR ADMISSION NO. 28:**

Admit or deny that you have no evidence whatsoever that the defendant, Gerardo Valdivia, took any actions to remedy any harm caused by the alleged unlawful interception, receipt, and publication of the plaintiff's program.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 28:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 29:**

Admit or deny that you maliciously filed a complaint again Defendant, Gerardo Valdivia, accusing him of intentionally intercepted, received, and published the plaintiff's program at Tondero Peruvian cuisine himself.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 29:**

Denied.

**REQUEST FOR ADMISSION NO. 30:**

Admit that your investigators are not licensed in California.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 30:**

Denied.

**REQUEST FOR ADMISSION NO. 31:**

Admit that your investigator Valentino is not licensed in California to act as an Investigator

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 31:**

Denied.

**REQUEST FOR ADMISSION NO. 32:**

Admit that the report of Mr Valentino is false

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 32:**

Denied.

**REQUEST FOR ADMISSION NO. 33:**

Admit that the report of Mr Valentino, your investigator has the objective to hjarass and intimidate in order to obtain financial advantage

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 33:**

Denied.

**REQUEST FOR ADMISSION NO. 34:**

Admit that your investigator was only less than three minutes in the establishment of DEFENDANT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 34:**

Plaintiff's investigation is ongoing, and Plaintiff reserves the right to amend, modify, or supplement these objections and responses. Plaintiff reserves the right to revise, correct, supplement, or clarify the content of these objections and responses to object to further discovery in this action. Plaintiff's responses reflect the current state of their knowledge or information regarding the

information requested. Further investigation may identify additional facts or information that could lead to additions or changes to these objections and responses. At this time and until discovery is complete, deny.

**REQUEST FOR ADMISSION NO. 35:**

Admit that you coordinate with the investigators before they go to the establishment of DEFENDANT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 35:**

Denied.

**REQUEST FOR ADMISSION NO. 36:**

Admit that you sent the investigators to the establishment of DEFENDANT to intimidate and ask for bribes from DEFENDANT

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 36:**

Denied.

**REQUEST FOR ADMISSION NO. 37:**

Admit that you sent the investigators to the establishment of DEFENDANT knowing that you will file a bogus complaint

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 37:**

Denied.

**REQUEST FOR ADMISSION NO. 38:**

Admit that you told the investigators that you will obtain benefits and share benefits between you and them

///

///

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 38:**

Denied.

**REQUEST FOR ADMISSION NO. 39:**

Admit that you don't have rights to distribution in Peru

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 39:**

Objection. Defendant's Request for Admission No. 39 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 39 is denied.

**REQUEST FOR ADMISSION NO. 40:**

Admit that you don't have rights to distribution in South America

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 40:**

Objection. Defendant's Request for Admission No. 40 is unintelligible.

**REQUEST FOR ADMISSION NO. 41:**

Admit that you are trying to obtain an economic advantage through this procedure

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 41:**

Objection. Defendant's Request for Admission No. 41 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 39 is denied.

**REQUEST FOR ADMISSION NO. 42:**

Admit that you maliciously conspire with your agents and aids to obtain illegal benefits from this federal case

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 42:**

Denied.

## REQUEST FOR ADMISSION NO. 43:

Admit that you have no agreement with COMMEBOL

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 43:

Objection. Defendant's Request for Admission No. 43 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 43 is denied.

## REQUEST FOR ADMISSION NO. 44:

Admit that you dont know what is COMMEBOL

## PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION 44:

Objection. Defendant's Request for Admission No. 44 is unintelligible. As such Plaintiff cannot ascertain Defendant's request and on that basis Request for Admission No. 44 is denied.

Dated: March 3, 2023

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
INNOVATIVE SPORTS MEDIA, INC. d/b/a
INTEGRATED SPORTS MEDIA

///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS
Case No.: 2:22-cv-07303-TJH-PLA

Page 15

## VERIFICATION

**STATE OF NEW JERSEY** )
                                 )    ss.

**COUNTY OF BERGEN** )

    I, **DOUG JACOBS,** declare as follows:

    I am the President of the Plaintiff in the subject action and make this Verification on its behalf. I have read the foregoing **PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS** and know the contents thereof. The matters stated in the foregoing are true of my own knowledge except as to those matters, which are stated on information and belief, and as to those matters, I believe them to be true.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 2 , 2023, in Tenafly, New Jersey.

**DOUG JACOBS**

///
///
///
///
///
///
///
///
///
///
///
///

PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS
Case No.: 2:22-cv-07303-TJH-PLA

## PROOF OF SERVICE (BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March, 3, 2023, I served:

## PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS

On all parties in said cause by mailing same to the Defendant at the following address:

Mr. Gerardo Valdivia                           (Defendant)
9347 Slauson Avenue
Pico Rivera, CA 90660

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 3, 2023, at South Pasadena, California.

Dated: March 3, 2023                    /s/ Kelly M. Humphrey
                                        **KELLY M. HUMPHREY**

///
///
///
///
///
///
///

## MEET AND CONFER LETTER FOR FURTHER DISCOVERY RESPONSES

Date:  3/7/2023

Thomas P. Riley , SBN 194706
LAW OFFICEÅOF THOMAS P. RILEY, P.c.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

RE: Case No.: 2:22-cv-07303-TJH-PLA

Dear Thomas:


I have reviewed your responses to the discovery requests that was served upon you such
as Request for Admissions, Request for production of Documents and Request for special
interrogatories

After a careful review of the responses I have found the following deficiencies.

### 1.   The objections to special interrogatories are false and evasive

The responses to special interrogatories are not applicable are too general and definitely
not code compliant as they are incomplete. They all have evasive objections.

The objections to special interrogatories numbers do not state in detail how the particular
interrogatory is "objection relevance", or how they contain a subpart. This type of
boilerplate objection is not code compliant. And the objection term "objection relevance"
is vague and ambiguous, does not specify how and why it is "objection relevance"

Thus, your objections as to the form of the question presented are without merit.


### 2.  We did not receive responses to requests for production of documents

The response to response to request for production of document contains the similar
objections then it does not state that without waiving that objection that after a diligent
search your client does not have any such documents as no such documents have ever
existed. You are not producing anything.

The requests for production of documents seek information that is clearly related to the
subject matter of this action. In fact most of the requested documents relate to allegations
in the complaint filed by plaintiff or the affirmative defenses asserted by defendant in
their answer.

The objections are evasive sucha as this:

"Objection. INNOVATIVE SPORTS MANAGEMENT, INC. objects to each and every, all and singular, of the items listed as Defendant's Request for Production No. 26 as follows: Attorney-Client privilege; work product privilege…"

3.      **The responses to the requests for admission are not code-compliant in that the responses to requests for admission are nothing but repeated, boilerplate objections and evasive responses.**

Thank you for your prompt attention to this matter. Call me should you wish to discuss this matter further.

### Meet and Confer Dates

I am available to meet on 3/9/2023 at 8:30am.10:15 am, and 4:35pm
I am available to meet on 3/10/2023 at 8:30am.10:15 am, and 4:35pm
I am available to meet on 3/11/2023 at 8:30am.10:15 am, and 4:35pm

Place if in person we can meet at my address or if you want I can go to your place


Very truly yours,


**Gerardo Valdivia**
**(562) 200-5748**

CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the service occurred;

On 3/7/2023 I served in person a Letter to meet and Confer to:

Thomas P. Riley Law Offices of Thomas P. Riley, P.C. First Library Square 1114 Fremont Avenue South Pasadena, CA 91030-3227

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 3/7/2023

Art Cervera

Process Server Reg 20200027

# CITY OF PICO RIVERA
## BUSINESS LICENSE TAX CERTIFICATE



**Business Name:** TONDERO PERUVIAN CUISINE
**Business Location:** 9347 SLAUSON AVE
PICO RIVERA, CA 90660-4525

**Business Type:** RESTAURANT

**Owner(s):** GERARDO VALDIVIA

TONDERO PERUVIAN CUISINE
9347 SLAUSON AVE
PICO RIVERA, CA 90660-4525

**License Number:** 03506755
**Date Issued:** 07/01/2021
**Expiration Date:** 06/30/2022

*THIS LICENSE MUST BE POSTED IN A CONSPICUOUS PLACE AT THE BUSINESS LOCATION.*
*IT IS NOT TRANSFERABLE OR ASSIGNABLE*

---

TONDERO PERUVIAN CUISINE:

Thank you for your payment on your City of Pico Rivera Business License.

This License Certificate does not permit any individual, business, or corporate entity, to conduct business activity which would otherwise be prohibited in the City. Payment of a business tax (required by the provisions of the City of Pico Rivera Municipal Code), its acceptance by the City, and the issuance of a certificate to any person, shall not authorize the holder thereof to carry on any business unless the holder has complied with all requirements of said Code and all other applicable laws. This certificate has been issued without verification that the holder is subject to or exempted from licensing by the state, county, or federal government; or any other government or government agency.

Keep this portion for your license separate in case you need a replacement for any lost, stolen, or destroyed license. A fee may be charged for a replacement or duplicate license. If you have questions concerning your business license, contact the Business Support Center via email at PicoRivera@hdlgov.com or by telephone at (562) 222-8750.

Starting January 1, 2021, Assembly Bill 1607 requires the prevention of gender-based discrimination of business establishments. A full notice is available in English or other languages by going to: https://www.dca.ca.gov/publications/



CITY OF PICO RIVERA
8839 N CEDAR AVE #212
FRESNO, CA 93720



# CITY OF PICO RIVERA
## BUSINESS LICENSE TAX CERTIFICATE

TONDERO PERUVIAN CUISINE
9347 SLAUSON AVE
PICO RIVERA, CA 90660-4525

**License Number:** 03506755

**Date of Issue:** 07/01/2021

YOUR RETURN MAILING ADDRESS

NAME: GERARDO RAUL VALDIVIA GARCIA

ADDRESS: 10476 GREENHURST ST.

CITY: BELLFLOWEER          STATE: CA  ZIP CODE: 90706

**2020 161473**

FILED          EXPIRES
Oct 14 2020    Oct 14 2025

Dean C. Logan, Registrar - Recorder/County Clerk

[Electronically signed by CONFIDENTIAL Zar]

# FICTITIOUS BUSINESS NAME STATEME...

## TYPE OF FILING AND FILING FEE (Check one)

- [x] Original - $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)
- [ ] Amended Filing - $26.00 (CHANGE-S IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- [ ] Re-file - $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)

$5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

**The following person(s) is (are) doing business as:**

1. TONDERO PERUVIAN COUSINE

2. _____

*Print Fictitious Business Name(s)*

9347 SLAUSON AVE

*Street address of principal place of business* — Mailing address if different

| PICO RIVERA | CA | 90660 | LA COUNTY | | |
|---|---|---|---|---|---|
| City | State /County | Zip | COUNTY | City | State /Country  Zip |

Articles of Incorporation or Organization Number (if applicable): AI #ON _____

## ***REGISTERED OWNER(S):

**1.** GERARDO RAUL VALDIVIA GARCIA
*Full Name/Corp/LLC (P.O. Box not accepted)*

10476 GREENHURST ST.
*Residence Address*

| BELLFLOWEER | CA | 90706 |
|---|---|---|
| City | State/Country | Zip |

If Corporation or LLC - Print State of Incorporation/Organization

**2.** DIANA CHIOTTI
*Full Name/Corp/LLC (P.O. Box not accepted)*

12804 BLOOMFIELD AVE
*Residence Address*

| NORWALK | CA | 90650 |
|---|---|---|
| City | State/Country | Zip |

If Corporation or LLC - Print State of Incorporation/Organization

**3.** _____
*Full Name/Corp/LLC (P.O. Box not accepted)*

_____
*Residence Address*

| | State/Country | Zip |
|---|---|---|

If Corporation or LLC - Print State of Incorporation/Organization

**4.** _____
*Full Name/Corp/LLC (P.O. Box not accepted)*

_____
*Residence Address*

| City | State/Country | Zip |
|---|---|---|

If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

## ****THIS BUSINESS IS CONDUCTED BY: (Check one)

- [ ] an Individual
- [x] a General Partnership
- [ ] a Limited Partnership
- [ ] a Limited Liability Company
- [ ] an Unincorporated Association other than a Partnership
- [ ] a Corporation
- [ ] a Trust
- [ ] Copartners
- [ ] a Married Couple
- [ ] Joint Venture
- [ ] State or Local Registered Domestic Partners
- [ ] a Limited Liability Partnership

*****The date registrant started to transact business under the fictitious business name or names listed above:   N/A

*(Insert N/A above if you haven't started to transact business)*

**I declare that all information in this statement is true and correct.**
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S)/CORP/LLCNAME (PRINT)  GERARDO RAUL VALDIVIA GARCIA          TITLE  General Partner

REGISTRANT SIGNATURE _____          IF CORP OR LLC, PRINT NAME _____
If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTITIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*
DEAN C. LOGAN, LOS ANGELES COUNTY CLERK          BY: _____ , Deputy

Rev 1/2014     P.O. BOX 1208, NORWALK, CA 90651-1208          PH. (562) 462-2177          WEB ADDRESS: LAVOTE.NET

Page 1 of 1

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  11-27-2020

Employer Identification Number:
85-4056452

Form:  SS-4

Number of this notice:  CP 575 G

GERARDO RAUL VALDIVIA GARCIA
TONDERO PERUVIAN CUISINE
10476 GREENHURST ST
BELLFLOWER, CA  90706

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 85-4056452.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

*   Keep a copy of this notice in your permanent records.  **This notice is issued only
    one time and the IRS will not be able to generate a duplicate copy for you.**  You
    may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all
    your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is VALD.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

# Spectrum
## BUSINESS

November 17, 2021
Invoice Number:   0598626111721
Account Number:   **8448 30 021 0598626**
Security Code:    **3153**
Service At:       9347 SLAUSON AVE
                  SB
                  PICO RIVERA CA 90660-4525

**Contact Us**
Visit us at SpectrumBusiness.net
Or, call us at 1-866-772-4948

## Summary
Service from 11/17/21 through 12/16/21
details on following pages

| | |
|---|---|
| Previous Balance | 117.97 |
| Payments Received | 0.00 |
| Past Due Balance - Due Now | $117.97 |
| Spectrum Business™ Internet | 87.98 |
| Spectrum Business™ Voice | 29.99 |
| One-Time Charges | 1.76 |
| Current Charges Due By 12/04/21 | $1,19.73 |
| Total Due | $237.70 |

## NEWS AND INFORMATION

NOTE. Taxes, Fees and Charges listed in the Summary only apply to Spectrum Business TV and Spectrum Business Internet and are detailed on the following page. Taxes, Fees and Charges for Spectrum Business Voice are detailed in the Billing Information section.

Get the TV programs **that your customers** want to see for only $49.99! Call **1-877-412-6493** to get 85+ popular HD channels!

Get the best mobile plan for your business and save up to 60%! Call today **1-855-208-9216.**



**Your Account is past due.**
The past due amount is due now. Please pay the total past due amount to avoid further collection activity

# Spectrum
## BUSINESS

4145 S. FALKENBURG RD RIVERVIEW FL  33578-8652
8448 3000  NO RP 17 11182021 NNNNNYNN 01 023723  0104

TOMEDERO PERUVIAN CUISINE
GERALDO BOLDEVIA
9347 SLAUSON AVE
PICO RIVERA CA 90660



November 17, 2021
TOMEDERO PERUVIAN CUISINE

Invoice Number:   0598626111721
Account Number:   8448 30 021 0598626
Service At:       9347 SLAUSON AVE
                  SB
                  PICO RIVERA CA 90660-4525

| **Total Due** | **$237.70** |
|---|---|
| Amount you are enclosing | $ |

Please Remit Payment To:
TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY CA  91716-0074

8448300210598626002377Ol



## SOUTHERN CALIFORNIA EDISON®
An *EDISON INTERNATIONAL*® Company

Go paperless at **www.sce.com/ebilling**. It's fast, easy and secure.

For billing and service inquiries
1-800-990-7788
www.sce.com

## Your electricity bill

VALDIVIA, GERARDO / Page 1 of 10

| | |
|---|---|
| **Customer Account**<br>700078936018 | **Date bill prepared**<br>11/04/21 |

9347 SLAUSON AVE
PICO RIVERA, CA 90660

# Amount due $11,277.64

## Your account summary

| | |
|---|---|
| Previous Balance | $9,785.64 |
| Payment arrangement balance | $9,785.64 |
| Your new charges | $1,479.89 |
| Late payment charge | $12.11 |
| **Total amount you owe** | **$11,277.64** |

*In order to pay your total payment arrangement balance of $9,785.64 on time, you will need to pay:*
- *$69.59 by 11/15/21*
- *$69.59 by 12/15/21*
- *$69.59 by 01/17/22*
- *$69.59 by 02/15/22*
- *$9,507.28 by agreed upon future dates*
*Your total new charges of $1,492.00 are due by 11/24/21.*
*Your payment arrangement will be cancelled if we do not receive your payments by 5 p.m. on the dates specified and your service may be disconnected without further notice. If you are not able to pay your bill, please call 1-800-950-2356 to discuss how we can help. You may qualify for bill payment options and financial programs available to assist you.*

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| 8002294571 | 9343 SLAUSON AVE<br>PICO RIVERA, CA | 10/04/21 to 11/01/21 | TOU-GS-1-E<br>(SCE) | $564.78 |
| 8002294571 | 9343 SLAUSON AVE<br>PICO RIVERA, CA | 09/01/21 to 10/03/21 | TOU-GS-1-E | $651.00 |
| 8002294571 | 9343 SLAUSON AVE<br>PICO RIVERA, CA | 10/04/21 to 11/01/21 | TOU-GS-1-E | $264.11 |

$1,479.89

---

(14-574)   Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

Tear here

## SOUTHERN CALIFORNIA EDISON®
° *EDISON INTERNATIONAL*® Company

Customer account 700078936018
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| | |
|---|---|
| Payment arrangement amount | $9,785.64 |
| New charges - pay by 11/24/21 | $1,492.00 |
| **Total amount you owe** | **$11,277.64** |

| Amount enclosed | $ |
|---|---|

STMT 11042021 P2
ͰΙ|Ιι·Ι|ι·Ι|ΙΙΙΙΙ|ΙΙ||Ι··ΙΙ·Ιι·Ιι|ΙΙΙ·ΙΙΙ||Ι·Ιι|Ιι···ιι·ΙΙι
VALDIVIA, GERARDO
9347 SLAUSON AVE
PICO RIVERA CA  90660

P.O. BOX 300
ROSEMEAD, CA  91772-0002

700078936018 0000153 0009785640001492000011277764

# SoCalGas.

ACCOUNT NUMBER 126 046 7587 1
SERVICE FOR
GERARDO VALDIVIA GARCIA
9347 SLAUSON AVE
PICO RIVERA CA 90660

24 Hour Service

**1-800-427-2000** *English*
1-800-427-6029 *Español*

socalgas.com

H

## Account Summary

| | |
|---|---|
| Amount of Last Bill | $3,815.16 |
| Payment Received | - .00 |
| Current Charges | + 554.74 |
| **Total Amount Due** | **$4,369.90** |

7% Late Payment Charge Due if Paid After NOV 29, 2021

✓ This bill reflects modified gas charges due to a rate change.

## Current Charges

Rate: GN-10 - Non-Residential
Meter Number: 14616660 *(Next scheduled read date Dec 1 2021)*          Cycle: 21

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | Billing x Factor | BTU x Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|
| 09/29/21 - 10/29/21 | 30 | 14616660 | 6946 | 6689 | 257 | 1.000 | 1.032 | | 265 |

### GAS CHARGES
                                                                                              Amount($)
Customer Charge                          30 Days x $.49315                       14.79

Gas Transportation *(Details below)*     265 Therms

| | Tier 1 | Tier 2 | | |
|---|---|---|---|---|
| Therms used | 250 | 15 | | |
| Rate/Therm | $.96626 | $.52696 | | |
| Charge | $241.57 | + $7.90 | = | 249.47 |

Gas Commodity                            265 Therms x $.57142              151.43
                                         **Total Gas Charges $415.69**

### TAXES & FEES ON GAS CHARGES
                                                                                              Amount($)
| | | |
|---|---|---|
| State Regulatory Fee | 265 Therms x $.00577 | 1.53 |
| Public Purpose Surcharge | 265 Therms x $.10712 | 28.39 |
| Pico Rivera City Users Tax | $445.61 x 4.50% | 20.05 |

**Total Taxes and Fees on Gas Charges $49.97**

*(Continued on next page)*

| DATE DUE | Nov 23, 2021 |
|---|---|
| AMOUNT DUE | $4,369.90 |

### Gas Usage History *(Total Therms used)*



| | Oct 20 | Sep 21 | Oct 21 |
|---|---|---|---|
| Total Therms used | 160 | 257 | 265 |
| Daily average Therms | 4.9 | 7.8 | 8.8 |
| Days in billing cycle | 33 | 33 | 30 |

*SoCalGas' gas commodity cost per therm for your billing period:*
Oct . . . . . . . . $.57580      Sep . . . . . . . . $.44425

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS  *(FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS )*
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT  *(FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO )*

# SoCalGas. A Ⓢ Sempra Energy utility®

**Save Paper & Postage**
PAY ONLINE
socalgas.com

**ACCOUNT NUMBER**
126 046 7587 1

| DATE DUE | Nov 23, 2021 |
|---|---|
| AMOUNT DUE | $4,369.90 |

Please enter amount enclosed.

$

*Write account number on check and make payable to SoCalGas*

CY/21 3420 0466

4717.1.19.6086    1 oz.
ⱵⲒⱵⲒⲒⱵⲒⲒⱵⲒⱵⱵⱵⱵⱵⲒⱵⲒⲒⱵⲒⲒⱵ
GERARDO VALDIVIA GARCIA
9347 SLAUSON AVE
PICO RIVERA CA 90660

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111



80 1260467587 00436990 17          1260467587 0005547412



**CONTRATO DE PRESTACIÓN DE SERVICIOS EMPAQUETADOS**



 **1) ¿QUÉ ESTÁS CONTRATANDO?**

MOVISTAR (Telefónica del Perú S.A.A.) con domicilio en Calle Arequipa 261 Mollendo - Islay Depart. Arequipa y RUC 20100014791 se compromete a prestarte los servicios empaquetados (el servicio).

⊠ Telefonía fija    ☒ Televisión de paga
☒ Internet fijo      Telefonia móvil

**2) DATOS DEL ABONADO**

Nombre / Razón social:
GERARDO RAUL VALDIVIA GARCIA

Tipo y número de documento de identificación: DNI : 44880465

Nacionalidad:
Peru

Representante legal o apoderado:
GERARDO RAUL VALDIVIA GARCIA

Tipo y número de documento de identificación del representante legal o apoderado:
DNI: 44880465

Correo para recibir comunicaciones y recibos:

papelito1128@hotmail.com

Dirección de instalación:
AV 09 DE OCTUBRE MZ M, LOTE 09- MOLLENDO

AREQUIPA

Dirección de facturación
AV 09 DE OCTUBRE MZ M, LOTE 09- MOLLENDO
AREQUIPA

**3) SERVICIO CONTRATADO**

N° telefónico: 13140709
Código de cliente:
Nombre del plan tarifario: Trío Mov. Voz Internet Estandar HD RA D22
Nombre de la Promoción:
☒ Nueva línea    Migración    Portabilidad

**4) ¿QUÉ DEBES SABER DE TU PLAN?**

Renta fija:  ☒ Mensual    Anual: S/
El pago se realiza por:
  Mes vencido    Adelantado
Costo de reconexión por falta de pago: S/ 10.00
Último día de pago: _____ de cada mes

Tarifa de instalación:
Al contado: S/.00
Financiado: en cuotas.

Detalle de la instalación:

Tecnología del servicio:
Tecn. Línea : IP
Tecn. Internet : HFC
Tecn. TV : CATV
Todos los precios incluyen IGV.

**5) ¿QUÉ INCLUYE TU PLAN?**

| Servicios | Precio S/ (Inc.IGV) |
|---|---|
| MOVISTAR VOZ TMU | 9.99 |
| TV ESTANDAR HD A | 70.00 |
| MOV INTERNET CAF RA | 81.40 |
| Bloque Full TV HD INC | 13.50 |

**Servicio de telefonia fija**
S/ 0.00053 tasados al segundo en cualquier horario

**Servicio adicionales, suplementarios y gratuitos**
Derecho de reproduccion se otorga para cualquier parte del mundo via internet
**Servicio de acceso a Internet:**
La velocidad mínima garantizada es el 52% de la velocidad máxima.

| Bajada (Descarga) Mbp/s | | Subida (Carga) Mbp/s | |
|---|---|---|---|
| Máxima | Mínima garantizada | Máxima | Mínima garantizada |
| 100 Mbps | 52 Mbps | 30 Mbps | 15.6 Mbps |

**Servicio de televisión de paga:**

**Equipos provistos por la empresa en calidad de prestamo gratuito.**
- . Cada decodificador incluye, además del decodificador: 1 control remoto, 1 tarjeta de activación/chip, 1 cable de video/audio, 1.5 metros de cable coaxial, 1 cable s-video y 1 cable HDMI (solo para el deco HD). Para poder visualizar las señales HD, el CLIENTE deberá contar con un televisor de alta definición (HD). Para poder visualizar las señales HD, usted deberá contar con: (i) televisor de alta definición (HD); y, (ii) un decodificador HD.
- Un cable módem MTA que será instalado por TdP donde se brindará el Servicio.

**• Para más información de tus promociones ver:**
*https://www.movistar.com.pe/informacion-a-abonados-y-usuarios/servicios*

• En caso el servicio requiera de instalación, se realiza **en el plazo máximo de 5 días hábiles** desde la contratación, previa coordinación contigo.

• De no realizarse la instalación el día y hora pactados con Movistar, por problemas ajenos a ella, se establecerá un nuevo plazo de 15 días.

• **Si no se logra instalar el servicio** en el plazo antes indicado, el contrato queda terminado, sin ninguna obligación de tu parte. **Movistar te devolverá cualquier importe pagado previamente en un plazo máximo de 10 días hábiles.**

### 7) RECIBO Y PAGO DEL SERVICIO

• **Tu recibo incluye** la facturación de: a) cargo fijo según tu plan tarifario contratado, y/o b) servicios adicionales y equipos adquiridos, de ser el caso.

• **Tus recibos serán enviados mensualmente** al correo indicado en el numeral 2. En caso no lo hayas registrado, se remitirá mediante SMS al servicio contratado, salvo que solicites te remita de manera física a tu domicilio.

• **Debes efectuar los pagos** o cargos que correspondan por la prestación del servicio, **hasta la fecha de vencimiento indicada en el recibo.** Lugares de pago:

**https://www.movistar.com.pe/atencion-al-cliente/lugares-y-medios-de-pago.**

•**En el primer recibo**, se podrá incluir el monto proporcional de los días que usaste el servicio hasta el cierre de tu primer ciclo de facturación.

• **Si no pagas a tiempo tu recibo** o realizas un pago parcial, Movistar podría cobrar intereses **y tu servicio será suspendido**, en cuyo caso podrías pagar un monto por reconexión.

### 8) DERECHOS Y OBLIGACIONES

• En la sección **"Información Abonados y Usuarios"** de la página web **www.movistar.com.pe/informacion-a-abonados-y-usuarios** encontrarás información sobre tus derechos, el procedimiento de reclamo, casos de uso indebido, indicadores de calidad de Movistar y otros.

• Eres responsable por el uso del servicio. **No puedes comercializar ni revender** a otro tu **servicio, ni usarlo indebidamente.**

• Si se detecta que empleas el servicio para **fines ilícitos o presentaste información falsa**, Movistar podrá suspender el servicio y/o terminar este contrato.

• Movistar podrá deshabilitar las conexiones adicionales indebidas o requerir la contratación de las mismas.

• **Debes permitir al personal de Movistar, el ingreso a tu domicilio** para la instalación, verificación o reparación del servicio, así como el retiro de los equipos.

• **Debes conservar los equipos** que instale Movistar sin más desgaste que el uso normal, sin realizar, cambios, reubicaciones o disponer de los bienes y/o infraestructura de propiedad de Movistar. Para cualquier cambio o reubicación comunícate con Movistar.

• Recuerda que **asumes el pago de los daños o pérdidas que ocasiones** a los equipos y/o infraestructura de propiedad de Movistar instalada en tu domicilio.

 9) MODIFICACIÓN DEL CONTRATO

• Movistar **sólo podrá modificar este contrato por: a)** Aumento o reducción de las tarifas; **b)** Aumento de beneficios

• Previo al **aumento de tarifas o cambios de señales de programación,** Movistar te remitirá una comunicación (carta, SMS, audio u otros).

• **Por el aumento de tarifas o cambio de señales de programación,** podrás solicitar la terminación de este contrato sin pago de penalidades, ni cobros similares, aún en caso te encuentres dentro del plazo forzoso.

 10) BAJA DE TU SERVICIO

Si deseas dar por terminado este contrato, **puedes solicitarlo a Movistar y la baja se ejecutará en un plazo máximo de 01 día hábil.** También podrás indicar la fecha en la cual requieres la ejecución de la baja, con 1 mes de anticipación.

### 11) BLOQUEO DE PÁGINAS WEB

¿Deseas contar con un  filtro para bloquear páginas web con contenido pornográfico u otras de contenido violento?
Sí     No X

Gratuito X o Tarifa adicional: S/_____

Ver la Política de Uso de Internet en:
**www.movistar.com.pe/control-parental**

 12) COMUNÍCATE CON MOVISTAR

| Canal telefónico | Desde una línea Movistar: 104 Otro operador: 0-800-11-800 |
|---|---|
| Página web | *www.movistar.com.pe* |
| Centros de atención | www.movistar.com.pe/atencion-al-cliente/centros-de-atencion |
| WhatsApp | +51 999 955 555 |

 13) USO DE TUS DATOS PERSONALES

Movistar **realiza el tratamiento de tus datos personales** para la ejecución y prestación del servicio. Para ello, debe informarte sobre las condiciones para el tratamiento de tus datos personales y debe solicitar tu consentimiento para enviarte información comercial, publicidad u otra finalidad.

### 14) ACEPTACIÓN DEL CONTRATO

La aceptación de este contrato se realizará con la firma manuscrita del presente documento, al obtener la información biométrica de tu huella dactilar o mediante otro tipo de firma digital en la versión digital del presente contrato.

**La cartilla y anexo adjunto forma parte del contrato.**

| MOVISTAR | ABONADO |
|---|---|
| **Fecha:** 25/02/2017 | Hora: 11:56:07 |

ANEXO - CONTENIDO ADICIONAL

# TRATAMIENTO DE DATOS PERSONALES Y AUTORIZACIÓN DE ENVÍO DE MATERIAL PUBLICITARIO

**• TRATAMIENTO DE DATOS PERSONALES**

Te informamos que tus datos personales que nos estas entregando son necesarios para brindarte el servicio contratado. Movistar y sus proveedores encargados los tratarán bajo estrictas medidas de seguridad para velar por su confidencialidad y conforme a nuestra Política de Privacidad disponible en www.movistar.com.pe/privacidad, cuyo resumen encuentras en la presente. Estos se conservarán en nuestro Banco de Datos Clientes, registrado ante la Autoridad de Protección de Datos Personales (RNPDP No. 13571) mientras seas nuestro cliente y hasta diez (10) años después. Podrás ejercer tus derechos de acceso, rectificación, cancelación, revocación y oposición al correo electrónico protecciondedatos@movistar.com.pe adjuntando tu DNI.

**• AUTORIZACIÓN DE ENVÍO DE MATERIAL PUBLICITARIO**

Movistar o sus encargados podremos ofrecerte productos o servicios adicionales al contratado, así como otros ofrecidos por socios comerciales de los sectores: finanzas, salud, alimentos y bebidas, educación, turismo y entretenimiento. Para ello, elaboraremos tu perfil usando tus datos demográficos, económicos, comerciales, biométricos, de tráfico y de localización. Estas ofertas podrán enviarse a través de medios escritos, verbales o electrónicos/informáticos. Aplican las condiciones mencionadas en la sección anterior.

[X] Sí acepto

[ ] No acepto, prefiero perder la oportunidad de recibir nuevas ofertas.

FIRMA DEL CLIENTE

*1. Instalación*

Si no se cuenta con facilidades técnicas para prestar el servicio en la tecnología Fibra Óptica, aceptas que se instalará el servicio en tecnología HFC y, en este caso, el servicio de Internet no ofrecerá simetría de velocidad (misma velocidad de bajada y de subida) y en su lugar usted contará con la misma velocidad de bajada ofrecida y una velocidad de subida de 10mbps para los planes de 30mbps, 15mbps para los de 50mbps y 30mbps para los planes a partir de 100mbps.

*2. Uso del servicio*

Internet: La velocidad de transmisión del Servicio depende, entre otros, de: (i) el volumen de tráfico y congestión de la red en Internet; (ii) características técnicas y capacidades de tu dispositivo; y, (iii) el uso excesivo de aplicaciones "peer to peer" (punto a punto o P2P o el uso que implique envío o descarga de información desde o hacia un servidor, por ejemplo Big Torrent, Ares u otros) u otras similares.

Línea fija: Los segundos/minutos incluidos en la tarifa pueden ser utilizados sin restricciones horarias, pero no podrán ser acumulados para el próximo ciclo de facturación.

*3. Respecto a los equipos de Movistar:* Una vez terminado el contrato, debes devolver los equipos entregados para la prestación del Servicio en máximo de 30 días. Caso contrario, Movistar podrá cobrarle el valor comercial de los mismos.

*4. Terminación:* (i) Movistar podrá resolver el contrato en caso no respetes las normas vigentes, la moral las buenas costumbres, el orden público, las normas que regulan el envío y recepción de mensajes de correo electrónico con contenido publicitario o realices actividades como pornografía infantil, "spam", infrinjas el secreto de las telecomunicaciones y la protección de datos personales infrinjas los derechos de propiedad intelectual, realices "hacking" y actividades similares o realices transmisiones o difusiones de materiales con contenidos que violen la legislación o propagues virus informáticos u otros programas dañinos. (ii) Si el contrato fuera resuelto por ti antes del inicio de la prestación del Servicio y hubieras realizado pagos por adelantado, Movistar podrá descontarte los gastos administrativos incurridos antes de la devolución.

*5. Cesión:* Movistar podrá ceder en forma total o parcial los derechos u obligaciones del Contrato y demás documentos contractuales suscritos por ti, lo cual será comunicado utilizando un mecanismo idóneo.

*6. Responsabilidad:* Movistar no asumirá responsabilidad por causas que no le sean directamente imputables, como: (i) usos y contenidos de la información a la que accedas a través del Servicio; (ii) información transmitida por terceros; (iii) información que guardes o transmitas a través del Servicio, siendo tú responsable por el contenido de la misma; y, (iv) averías y desperfectos en el Servicio derivados de equipos adquiridos a terceros.

**FORTUN INCOME TAX**
**5720 IMPERIAL HWY**
**SOUTH GATE, CA 90280**
**562-842-5392**

GERARDO VALDIVIA

10476 GREEN HURST ST
BELLFLOWER, CA 90706-0000

Dear client,

Please find enclosed your 2021 CALIFORNIA individual income tax return. We prepared your return based on the information provided. Please review the return carefully to ensure that there are no omissions. You should retain a copy of your return, along with any supporting documents, for a minimum of three years from the filing date.

Your CALIFORNIA state return was filed electronically. The amount due is $500, and you have authorized the state to automatically withdraw the payment from your bank account.

Your CALIFORNIA state return indicates that estimated tax payments are required. Make your checks payable to the " CALIFORNIA Franchise Tax Board", and write your Social Security Number on your payments. Please mail the payments along with the vouchers on or before the due dates shown. Your State Estimated Income Tax Payments for 2022 are as follows:

| | |
|---|---|
| **Apr 18, 2022** | **$135** |
| **Jun 15, 2022** | **$180** |
| **Sep 15, 2022** | **$0** |
| **Jan 17, 2023** | **$135** |

Mail your estimated tax payments to:

**Franchise Tax Board**
**P.O. Box 942867**
**Sacramento, CA. 94267-0008**

If you have any questions about your return, please feel free to contact our office. Remember that we are here throughout the year to assist you with all of your financial and tax consulting needs.

Sincerely,

April 17, 2022

## FORTUN INCOME TAX
### 5720 IMPERIAL HWY
### SOUTH GATE, CA 90280
#### 562-842-5392

GERARDO VALDIVIA

10476 GREEN HURST ST
BELLFLOWER, CA 90706-0000

Dear Client,

Please find enclosed your 2021 Federal individual income tax return. We prepared your return based on the information provided. Please review the return carefully to ensure that there are no omissions. You should retain a copy of your return, along with any supporting documents, for a minimum of three years from the filing date.

Your Federal return was filed electronically. The Amount due is $6,497. Make your check or money order payable to the "U.S. Treasury" and mail it along with the 1040-V provided with your return on or before April 18, 2022. Be sure to write your name, Social Security Number, and "2021 Form 1040" on your check before mailing to:

### Internal Revenue Service Center
### PO Box 802501
### Cincinnati, OH 45280-2501

You can pay your tax liability using an American Express, Discover Card, MasterCard or Visa account. The authorized processors take payments through either their phone at (877) 729-8298 or web site www.pay1040.com. There is no IRS fee for credit card payments, but the processors charge a convenience fee.

Your Federal return indicates that estimated tax payments are required. Make your checks payable to the "U.S. Treasury", write your Social Security Number and "2022 Form 1040-ES" on your payments. Please mail the payments along with the vouchers on or before the due dates shown. Your Federal Estimated Income Tax Payments for 2022 are as follows:

| | |
|---|---|
| **Apr 18, 2022** | **$1,550** |
| **Jun 15, 2022** | **$1,550** |
| **Sep 15, 2022** | **$1,550** |
| **Jan 17, 2023** | **$1,551** |

Mail your estimated tax payments to:

### Internal Revenue Service
### PO Box 802502
### Cincinnati, OH 45280-2502

As your Electronic Return Originator, we will forward your required supporting documents to the IRS.

If you have any questions about your return, please feel free to contact our office.  Remember that we are here throughout the year to assist you with all of your financial and tax consulting needs.

Sincerely,

GISELLA L FORTUN

Form **8879**

(Rev. January 2021)

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

▶ ERO must obtain and retain completed Form 8879.
▶ Go to www.irs.gov/Form8879 for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ▶

| Taxpayer's name | Social security number |
|---|---|
| GERARDO R VALDIVIA | 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 |
| Spouse's name | Spouse's social security number |

### Part I    Tax Return Information — Tax Year Ending December 31,    2021    (Enter year you are authorizing.)

Enter whole dollars only on lines 1 through 5.

Note: Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income | **1** | 33,889 |
| 2 | Total tax | **2** | 7,003 |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | **3** | 512 |
| 4 | Amount you want refunded to you | **4** | |
| 5 | Amount you owe | **5** | 6,497 |

### Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-800-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

| | | | | |
|---|---|---|---|---|
| ☒ | I authorize GISELLA L FORTUN | to enter or generate my PIN | 03264 | as my |
| | ERO firm name | | Enter five digits, but don't enter all zeros | |

signature on the income tax return (original or amended) I am now authorizing.

☐  I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                                     Date ▶        04/17/22

**Spouse's PIN: check one box only**

| | | | | |
|---|---|---|---|---|
| ☐ | I authorize | to enter or generate my PIN | | as my |
| | ERO firm name | | Enter five digits, but don't enter all zeros | |

signature on the income tax return (original or amended) I am now authorizing.

☐  I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶                                     Date ▶

### Practitioner PIN Method Returns Only—continue below

### Part III    Certification and Authentication — Practitioner PIN Method Only

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.        95882990280

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                                     Date ▶        04/17/22

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

SPA  For Paperwork Reduction Act Notice, see your tax return instructions.        1037 CPTS 0USPA1        Form **8879** (Rev. 01-2021)

FORTUN    Page 03

068
Date Accepted

**DO NOT MAIL THIS FORM TO THE FTB**

FORM
**8453**

TAXABLE YEAR

**2021   California e-file Return Authorization for Individuals**

| Your first name and initial | Last name | Suffix | Your SSN or ITIN |
|---|---|---|---|
| GERARDO R | VALDIVIA | | 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 |
| If joint return, spouse's/RDP's first name and initial | Last name | Suffix | Spouse's/RDP's SSN or ITIN |
| | | | |

| Street address (number and street) or PO box | Apt. no. /ste. no. | PMB/private mailbox | Daytime telephone number |
|---|---|---|---|
| 10476 GREEN HURST ST | | | 562-200-5748 |

| City | State | ZIP code |
|---|---|---|
| BELLFLOWER | CA | 90706 |

| Foreign country name | Foreign province/state/country | Foreign postal code |
|---|---|---|
| | | |

**Part I   Tax Return Information** (whole dollars only)

| | | |
|---|---|---|
| 1 California adjusted gross income. See instructions | 1 | 33,889. |
| 2 Refund or no amount due. See instructions | 2 | |
| 3 Amount you owe. See instructions | 3 | 500. |

**Part II   Settle Your Account Electronically for Taxable Year 2021** (Payment due 4/18/2022)

4 ☐ Direct deposit of refund
5 ☒ Electronic funds withdrawal   5a Amount   500 · 5b Withdrawal date (mm/dd/yyyy)   04/18/22

**Part III   Make Estimated Tax Payments for Taxable Year 2022** These are NOT installment payments for the current amount you owe.

| | First Payment Due 4/18/2022 | Second Payment Due 6/15/2022 | Third Payment Due 9/15/2022 | Fourth Payment Due 1/17/2023 |
|---|---|---|---|---|
| 6 Amount | | | | |
| 7 Withdrawal date | | | | |

**Part IV   Banking Information** (Have you verified your banking information?)

| | | | |
|---|---|---|---|
| 8 Amount of refund to be directly deposited to account below | | 12 The remaining amount of my refund for direct deposit | |
| 9 Routing number | 322271627 | 13 Routing number | |
| 10 Account number | 757377079 | 14 Account number | |
| 11 Type of account: | ☒ Checking  ☐ Savings | 15 Type of account: | ☐ Checking  ☐ Savings |

**Part V   Declaration of Taxpayer(s)**

I authorize my account be settled as designated in Part II. If I check Part II, Box 4, I declare that the direct deposit refund information in Part IV agrees with the authorization stated on my return. If I check Part II, Box 5, I authorize an electronic funds withdrawal for the amount listed on line 5a and any estimated payment amounts listed on line 6 from the bank account listed on lines 9, 10, and 11. If I have filed a joint return, this is an irrevocable appointment of the other spouse/RDP as an agent to receive the refund or authorize an electronic funds withdrawal.

Under penalties of perjury, I declare that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider, including my name, address, and social security number (SSN) or individual taxpayer identification number (ITIN), and the amounts shown in Part I above agrees with the information and amounts shown on the corresponding lines of my 2021 California income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. If I am filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I authorize my return and accompanying schedules and statements be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. If the processing of my return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.

**Sign
Here**

Your signature    04/17/22    Date

Spouse's/ RDP's signature. If filing jointly, both must sign.   Date
It is unlawful to forge a spouse's/RDP's signature.

**Part VI   Declaration of Electronic Return Originator (ERO) and Paid Preparer. See instructions.**

I declare that I have reviewed the above taxpayer's return and that the entries on form FTB 8453 are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the taxpayer's return. I declare, however, that form FTB 8453 accurately reflects the data on the return.) I have obtained the taxpayer's signature on form FTB 8453 before transmitting this return to the FTB. I have provided the taxpayer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2021 Handbook for Authorized e-file Providers. I will keep form FTB 8453 on file for four years from the due date of the return or four years from the date the return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | ERO's signature | Date 04/17/22 | Check if also paid preparer ☐ | Check if self-employed ☒ | ERO's PTIN P01054320 |
|---|---|---|---|---|---|
| **ERO Must Sign** | Firm's name (or yours if self-employed) and address | GISELLA L FORTUN 5720 IMPERIAL HWY SOUTH GATE CA | | Firm's | 59-4066973 |
| | | | | ZIP code | 90280 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | Paid preparer's signature | Date 04/17/22 | Check if self-employed ☒ | Paid preparer's PTIN P01054320 |
|---|---|---|---|---|
| **Paid Preparer Must Sign** | | GISELLA L FORTUN | | |
| | Firm's name (or yours if self-employed) and address | GISELLA L FORTUN 5720 IMPERIAL HWY SOUTH GATE CA | Firm's | ZIP code 90280 |

For Privacy Notice, get FTB 1131 ENG/SP.        2021 CPTS 1CA991

FTB 8453 2021

# 2021 Form 1040-V



**Department of the Treasury**
**Internal Revenue Service**



## Before you mail a check, consider your online payment options

| IRS Direct Pay | Pay by Card | Electronic Federal Tax Payment System |
|---|---|---|
| • Pay with Bank Account | • Credit or Debit Card option | • Registration required |
| • Schedule up to 30 days in advance | • Schedule in advance | • Businesses and Individuals |
| • No fees | • Service fees apply and vary by processor | • Pay with Bank Account by phone or online |
| • Immediate Confirmation | | • No fees |
| **Go to directpay.irs.gov or download the IRS2Go app** | **Go to irs.gov/payments or download the IRS2Go app** | **Go to EFTPS.gov to enroll Registered users call 1 800-555-3453** |

Online payments save time, reduce paper, and don't require postage.
If you do mail a check, include the portion below with your payment.

Form **1040-V** (2021)

▼   Detach Here and Mail With Your Payment and Return   ▼

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

### Payment Voucher
► Do not staple or attach this voucher to your payment or return.
► Go to www.irs.gov/Payments for payment options and information.

OMB No. 1545-0074

**2021**

| 1 Your social security number (SSN) (if a joint return, SSN shown first on your return) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | |
|---|---|---|---|
| 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 | | | 6,497 00 |

4 Your first name and middle initial    GERARDO R
Last name    VALDIVIA

If a joint return, spouse's first name and middle initial
Last name

| Home address (number and street)   10476 GREEN HURST ST | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below   BELLFLOWER | State CA | ZIP code 90706 |
|---|---|---|---|---|
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

SPA For Paperwork Reduction Act Notice, see your tax return instructions.

1037 CPTS 1USPV1

FORTUN   Page 05

Form 1040-ES
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

Payment Voucher **3**

OMB No. 1545-0074

Calendar year—Due Sept. 15, 2022

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple.
Fast.
Secure.

Print or type

Your first name and middle initial
GERARDO R

Your last name
VALDIVIA

Your social security number
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

If joint payment, complete for spouse
Spouse's first name and middle initial

Spouse's last name

Spouse's social security number

Address (number, street, and apt. no.)
10476 GREEN HURST ST

City, town, or post office. If you have a foreign address, also complete spaces below.
BELLFLOWER

State
CA

ZIP code
90706

Foreign country name

Foreign province/county

Foreign postal code

SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.

1037 CPTS 1USES1

Tear off here

Form 1040-ES
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

Payment Voucher **2**

OMB No. 1545-0074

Calendar year—Due June 15, 2022

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple.
Fast.
Secure.

Print or type

Your first name and middle initial
GERARDO R

Your last name
VALDIVIA

Your social security number
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

If joint payment, complete for spouse
Spouse's first name and middle initial

Spouse's last name

Spouse's social security number

Address (number, street, and apt. no.)
10476 GREEN HURST ST

City, town, or post office. If you have a foreign address, also complete spaces below.
BELLFLOWER

State
CA

ZIP code
90706

Foreign country name

Foreign province/county

Foreign postal code

SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.

1037 CPTS 1USES1

Tear off here

Form 1040-ES
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

Payment Voucher **1**

OMB No. 1545-0074

Calendar year—Due April 18, 2022

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple.
Fast.
Secure.

Print or type

Your first name and middle initial
GERARDO R

Your last name
VALDIVIA

Your social security number
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

If joint payment, complete for spouse
Spouse's first name and middle initial

Spouse's last name

Spouse's social security number

Address (number, street, and apt. no.)
10476 GREEN HURST ST

City, town, or post office. If you have a foreign address, also complete spaces below.
BELLFLOWER

State
CA

ZIP code
90706

Foreign country name

Foreign province/county

Foreign postal code

SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.

1037 CPTS 1USES1

Form 1040-ES (2022)

GERARDO R VALDIVIA                                                                    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

**Record of Estimated Tax Payments** (Farmers, fishermen, and fiscal
year taxpayers, see Payment Due Dates.)                          Keep for Your Records    

| Payment number | Payment due date | (a) Amount due | (b) Date paid | (c) Check or money order number, or credit or debit card confirmation number | (d) Amount paid (do not include any convenience fee) | (e) 2021 overpayment credit applied | (f) Total amount paid and credited (add (d) and (e)) |
|---|---|---|---|---|---|---|---|
| 1 | 4/18/2022 | | | | | | |
| 2 | 6/15/2022 | | | | | | |
| 3 | 9/15/2022 | | | | | | |
| 4 | 1/17/2023* | | | | | | |
| Total. | . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | |

\* You do not have to make this payment if you file your 2021 tax return by January 31, 2023, **and** pay the entire balance due with your return.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for this information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax. Our legal right to ask for this information is Internal Revenue Code section 6654, which requires that you pay your taxes in a specified manner to avoid being penalized. Additionally, sections 6001, 6011, and 6012(a) and their regulations require you to file a return or statement for any tax for which you are liable; section 6109 requires you to provide your identifying number. Failure to provide this information, or providing false or fraudulent information, may subject you to penalties.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as stated in Code section 6103.

We may disclose the information to the Department of Justice for civil and criminal litigation and to other federal agencies, as provided by law.

We may disclose it to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

If you do not file a return, do not give the information asked for, or give fraudulent information, you may be charged penalties and be subject to criminal prosecution.

Please keep this notice with your records. It may help you if we ask you for other information. If you have any questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return.

If you have suggestions for making this package simpler, we would be happy to hear from you. See the instructions for your income tax return.

---

Tear off here

---

| Form **1040-ES** Department of the Treasury Internal Revenue Service | **2022** | **Estimated Tax** | **Payment Voucher** **4** | OMB No. 1545-0074 |
|---|---|---|---|---|

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2021 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due Jan. 17, 2023

| Amount of estimated tax you are paying by check or money order. | Dollars | Cents |
|---|---|---|
| | 1,551 | 00 |

|  | | Your first name and middle initial GERARDO R | Your last name VALDIVIA | Your social security number 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 |
|---|---|---|---|---|
| Pay online at www.irs.gov/etpay | | If joint payment, complete for spouse Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
| Simple. Fast. Secure. | Print or Type | Address (number, street, and apt. no.) 10476 GREEN HURST ST | | |
| | | City, town, or post office. If you have a foreign address, also complete spaces below. BELLFLOWER | State CA | ZIP code 90706 |
| | | Foreign country name | Foreign province/county | Foreign postal code |

SPA   **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**       1037 CPTS 1USES2       **Form 1040-ES** (2022)

GERARDO R VALDIVIA

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

## 2022 Estimated Tax Worksheet

Keep for Your Records

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income you expect in 2022 (see instructions) | 1 | 33,889 |
| 2a | Deductions | 2a | 12,950 |
| | • If you plan to itemize deductions, enter the estimated total of your itemized deductions. | | |
| | • If you don't plan to itemize deductions, enter your standard deduction. | | |
| b | If you can take the qualified business income deduction, enter the estimated amount of the deduction | 2b | |
| c | Add lines 2a and 2b | 2c | 12,950 |
| 3 | Subtract line 2c from line 1 | 3 | 20,939 |
| 4 | **Tax.** Figure your tax on the amount on line 3 by using the **2022 Tax Rate Schedules.** | | |
| | **Caution:** If you will have qualified dividends or a net capital gain, or expect to exclude or deduct foreign earned income or housing, see Worksheets 2-5 and 2-6 in Pub. 505 to figure the tax | 4 | 2,307 |
| 5 | Alternative minimum tax from **Form 6251** | 5 | |
| 6 | Add lines 4 and 5. Add to this amount any other taxes you expect to include in the total on Form 1040 or 1040-SR, line 16 | 6 | 2,307 |
| 7 | Credits (see instructions). **Do not** include any income tax withholding on this line | 7 | |
| 8 | Subtract line 7 from line 6. If zero or less, enter -0- | 8 | 2,307 |
| 9 | Self-employment tax (see instructions) | 9 | 5,152 |
| 10 | Other taxes (see instructions) | 10 | |
| 11a | Add lines 8 through 10 | 11a | 7,459 |
| b | Earned income credit, refundable child tax credit* or additional child tax credit, fuel tax credit, net premium tax credit, refundable American opportunity credit, section 1341 credit, and refundable credit from Form 8885* | 11b | |
| c | Total 2022 estimated tax. Subtract line 11b from line 11a. If zero or less, enter -0- | 11c | 7,459 |

| | | | | | |
|---|---|---|---|---|---|
| 12a | Multiply line 11c by 90% (66 ⅔% for farmers and fishermen) | 12a | 6,713 | | |
| b | Required annual payment based on prior year's tax (see instructions) | 12b | 7,003 | | |
| c | **Required annual payment to avoid a penalty.** Enter the **smaller** of line 12a or 12b | | | 12c | 6,713 |

**Caution:** Generally, if you do not prepay (through income tax withholding and estimated tax payments) at least the amount on line 12c, you may owe a penalty for not paying enough estimated tax. To avoid a penalty, make sure your estimate on line 11c is as accurate as possible. Even if you pay the required annual payment, you may still owe tax when you file your return. If you prefer, you can pay the amount shown on line 11c. For details, see chapter 2 of Pub. 505.

| | | | | | |
|---|---|---|---|---|---|
| 13 | Income tax withheld and estimated to be withheld during 2022 (including income tax withholding on pensions, annuities, certain deferred income, etc.) | | | 13 | 512 |
| 14a | Subtract line 13 from line 12c | 14a | 6,201 | | |
| | Is the result zero or less? | | | | |
| | ☐ **Yes.** Stop here. You are not required to make estimated tax payments. | | | | |
| | ☒ **No.** Go to line 14b. | | | | |
| b | Subtract line 13 from line 11c | 14b | 6,947 | | |
| | Is the result less than $1,000? | | | | |
| | ☐ **Yes.** Stop here. You are not required to make estimated tax payments. | | | | |
| | ☒ **No.** Go to line 15 to figure your required payment. | | | | |
| 15 | If the first payment you are required to make is due April 18, 2022, enter ¼ of line 14a (minus any 2021 overpayment that you are applying to this installment) here, and on your estimated tax payment voucher(s) if you are paying by check or money order | | | 15 | 1,550 |

*If applicable.

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status** [X] Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)
Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| GERARDO R | VALDIVIA | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
10476 GREEN HURST ST

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| BELLFLOWER | CA | 90706 |
| Foreign country name | Foreign province/state/county | Foreign postal code |

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes [X] No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |
|  |  |  | ☐ | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** | |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest | **2b** | |
| 3a | Qualified dividends . . . | 3a | b Ordinary dividends | **3b** | |
| 4a | IRA distributions . . . | 4a | b Taxable amount | **4b** | |
| 5a | Pensions and annuities . . | 5a | b Taxable amount | **5b** | |
| 6a | Social security benefits . . | 6a | b Taxable amount | **6b** | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | | | **7** | |
| 8 | Other income from Schedule 1, line 10 | | | **8** | 36,466 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | ▶ | **9** | 36,466 |
| 10 | Adjustments to income from Schedule 1, line 26 | | ▶ | **10** | 2,577 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | ▶ | **11** | 33,889 |
| 12a | **Standard deduction** or itemized deductions (from Schedule A) . . . | 12a | 12,550 | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | |
| c | Add lines 12a and 12b | | | **12c** | 12,550 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . | | | **13** | 4,268 |
| 14 | Add lines 12c and 13 | | | **14** | 16,818 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . . | | | **15** | 17,071 |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

SPA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** 1037 CPTS 1US011 Form **1040** (2021)

Form 1040 (2021)

Page **2**

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | 16 | 1,850 |
| 17 | Amount from Schedule 2, line 3 | 17 | |
| 18 | Add lines 16 and 17 | 18 | 1,850 |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | |
| 21 | Add lines 19 and 20 | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,850 |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 5,153 |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | 7,003 |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 | 25a | |
| b | Form(s) 1099 | 25b | 512 |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | 512 |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) | 27a | |

If you have a qualifying child, attach Sch. EIC.

Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐

| | | | |
|---|---|---|---|
| b | Nontaxable combat pay election | 27b | |
| c | Prior year (2019) earned income | 27c | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 15 | 31 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 512 |

**Refund**

Direct deposit? See instructions.

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 35a | |
| ▶ b | Routing number XXXXXXXXX   ▶ c Type: ☐ Checking  ☐ Savings | | |
| ▶ d | Account number XXXXXXXXXXXXXXXXX | | |
| 36 | Amount of line 34 you want applied to your 2022 estimated tax ▶ | 36 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 6,497 |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | 6 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below.  ☒ No

Designee's name ▶ 

Phone no. ▶ 

Personal identification number (PIN) ▶ 

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| | | | |
|---|---|---|---|
| Your signature | Date 04/17/22 | Your occupation OPERATOR | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no. 

Email address papelito1128@hotmail.com

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Preparer's name GISELLA L FORTUN (PTRP) | Preparer's signature | Date 04/17/22 | PTIN P01054320 | Check if: ☒ Self-employed |
| Firm's name ▶ FORTUN INCOME TAX | | Phone no. 562-842-5392 |
| Firm's address ▶ 5720 IMPERIAL HWY SOUTH GATE CA 90280 | | Firm's EIN ▶ |

SPA  Go to www.irs.gov/Form1040 for instructions and the latest information.

1037 CPTS 1US012

Form **1040** (2021)

# US RET 1040
## Qualified Business Income Activities

| Name(s) | Tax Identification Number |
|---|---|
| GERARDO R VALDIVIA | 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 |

```
Trade or Business Name:                      TONDERO RESTAURANT
Taxpayer Identification Number:              85-4056452
Business Income............................................      36,466
Allocated Deduction for One-Half of Self-Employment Tax...      (2,577)
            Qualified Business Income........................      33,889
```

| SCHEDULE 1 (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to www.irs.gov/Form1040 for instructions and the latest information. | **2021** Attachment Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| GERARDO R VALDIVIA | 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 |

## Part I   Additional Income

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . | **3** | 36,466 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc.  Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . | **7** | |

| | | | |
|---|---|---|---|
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . Net loss | **8a** ( ) | |
| b | Gambling income . . . . . . . . . . | **8b** | |
| c | Cancellation of debt . . . . . . . . . | **8c** | |
| d | Foreign earned income exclusion from Form 2555 . | **8d** ( ) | |
| e | Taxable Health Savings Account distribution . . . | **8e** | |
| f | Alaska Permanent Fund dividends . . . . . . | **8f** | |
| g | Jury duty pay . . . . . . . . . . . | **8g** | |
| h | Prizes and awards . . . . . . . . . . | **8h** | |
| i | Activity not engaged in for profit income . . . . | **8i** | |
| j | Stock options . . . . . . . . . . . | **8j** | |
| k | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . . . . . . | **8k** | |
| l | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . | **8l** | |
| m | Section 951(a) inclusion (see instructions) . . . . | **8m** | |
| n | Section 951A(a) inclusion (see instructions) . . . . | **8n** | |
| o | Section 461(l) excess business loss adjustment . . . . | **8o** | |
| p | Taxable distributions from an ABLE account (see instructions) . | **8p** | |
| z | Other income. List type and amount ▶ _____ | **8z** | |

| | | | |
|---|---|---|---|
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . . . . . | **10** | 36,466 |

SPA  For Paperwork Reduction Act Notice, see your tax return instructions.     1037 CPTS 1US0A1          Schedule 1 (Form 1040) 2021

Page **2**

## Part II   Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . | **15** | 2,577 |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . | **16** | |
| 17 | Self-employed health insurance deduction. . . . . . . . . . . . . | **17** | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . | **18** | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . | **19a** | |
| b | Recipient's SSN . . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . | **22** | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . | **24a** | |
| b | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . | **24k** | |
| z | Other adjustments. List type and amount ▶ | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line10a . . . . | **26** | 2,577 |

SPA                                   1037 CPTS 1US0A2                    Schedule 1 (Form 1040) 2021

| SCHEDULE 2 | **Additional Taxes** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | | **2021** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to www.irs.gov/Form1040 for instructions and the latest information. | Attachment<br>Sequence No. **02** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| GERARDO R VALDIVIA | 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 |

**Part I    Tax**

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | **3** | |

**Part II    Other Taxes**

| | | | |
|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . | **4** | 5,153 |
| 5 | Social security and Medicare tax on unreported tip income.<br>Attach Form 4137 . . . . . . . . . . . . . . . . . . . . **5** | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach<br>Form 8919 . . . . . . . . . . . . . . . . . . . . . . . **6** | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | **8** | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . . . . | **11** | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . . . | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life<br>insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots<br>and timeshares . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price<br>over $150,000 . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . | **16** | |

(continued on page 2)

SPA  For Paperwork Reduction Act Notice, see your tax return instructions.        1037 CPTS 1US0B1            Schedule 2 (Form 1040) 2021

Schedule 2 (Form 1040) 2021                                                                                    Page **2**

## Part II   Other Taxes (continued)

| 17 | Other additional taxes: | | | | | |
|---|---|---|---|---|---|---|
| a | Recapture of other credits. List type, form number, and amount ▶ _____ | **17a** | | | | |
| b | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . . . . . | **17b** | | | | |
| c | Additional tax on HSA distributions. Attach Form 8889 . . . . | **17c** | | | | |
| d | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . | **17d** | | | | |
| e | Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e** | | | | |
| f | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . . | **17f** | | | | |
| g | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . | **17g** | | | | |
| h | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . | **17h** | | | | |
| i | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . . | **17i** | | | | |
| j | Section 72(m)(5) excess benefits tax . . . . . . . . . . . | **17j** | | | | |
| k | Golden parachute payments . . . . . . . . . . . . . | **17k** | | | | |
| l | Tax on accumulation distribution of trusts . . . . . . . . | **17l** | | | | |
| m | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . . . . | **17m** | | | | |
| n | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . . . | **17n** | | | | |
| o | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . . | **17o** | | | | |
| p | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . | **17p** | | | | |
| q | Any interest from Form 8621, line 24 . . . . . . . . . | **17q** | | | | |
| z | Any other taxes. List type and amount ▶ _____ | **17z** | | | | |
| 18 | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . | | | **18** | | |
| 19 | Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . . . | | | **19** | | |
| 20 | Section 965 net tax liability installment from Form 965-A . . . | **20** | | | | |
| 21 | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . | | | **21** | | 5,153 |

SPA                                     1037 CPTS  1US0B2                          Schedule 2 (Form 1040) 2021

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
GERARDO R VALDIVIA

**Your social security number**
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

## Part I   Nonrefundable Credits

| | | |
|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . . | **1** |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 . . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . | **3** |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . . | **4** |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . . . | **5** |
| 6 | Other nonrefundable credits: | |
| a | General business credit. Attach Form 3800 . . . . . . . . . | **6a** |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . . . | **6b** |
| c | Adoption credit. Attach Form 8839 . . . . . . . . . . . . | **6c** |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . . | **6d** |
| e | Alternative motor vehicle credit. Attach Form 8910 . . . . . . | **6e** |
| f | Qualified plug-in motor vehicle credit. Attach Form 8936 . . . | **6f** |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . . | **6g** |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | **6h** |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . . | **6i** |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | **6j** |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . . | **6k** |
| l | Amount on Form 8978, line 14. See instructions . . . . . . | **6l** |
| z | Other nonrefundable credits. List type and amount ▶ _____ | **6z** |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . . . | **7** |
| 8 | Add lines 1 through 5 and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** |

(continued on page 2)

SPA  **For Paperwork Reduction Act Notice, see your tax return instructions.**          1037 CPTS 1US0C1          Schedule 3 (Form 1040) 2021

Schedule 3 (Form 1040) 2021

Page **2**

## Part II   Other Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . . . . . . | **9** | |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . . | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . . | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . . | **12** | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . | **13a** | |
| b | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken before April 1, 2021 . . . . . . | **13b** | |
| c | Health coverage tax credit from Form 8885 . . . . . . . | **13c** | |
| d | Credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . . . . . . | **13d** | |
| e | Reserved for future use . . . . . . . . . . . . . | **13e** | |
| f | Deferred amount of net 965 tax liability (see instructions) . . . | **13f** | |
| g | Credit for child and dependent care expenses from Form 2441, line 10. Attach Form 2441 . . . . . . . . . . . . | **13g** | |
| h | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken after March 31, 2021 . . . . . | **13h** | |
| z | Other payments or refundable credits. List type and amount ▶ _____ | **13z** | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z . . . . . | **14** | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |

SPA

1037  CPTS  1US0C2

Schedule 3 (Form 1040) 2021

FORTUN   Page  17

| Form **2210** | **Underpayment of Estimated Tax by Individuals, Estates, and Trusts** | OMB No. 1545-0140 **2021** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/Form2210 for instructions and the latest information. ▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041. | Attachment Sequence No. **06** |

| Name(s) shown on tax return | Identifying number |
|---|---|
| GERARDO R VALDIVIA | 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 |

## Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 4 or line 7 less than $1,000? — **Yes** → **Don't file Form 2210.** You don't owe a penalty.

↓ **No**

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You **don't owe a penalty. Don't file Form 2210** unless box E in Part II applies, then file page 1 of Form 2210.

↓ **No**

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You **must** file Form 2210. Does box **B, C,** or **D** in Part II apply?

↓ **No**     **No**     **Yes** → You must figure your penalty.

**Don't file Form 2210.** You aren't required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **don't file Form 2210**.

You **aren't** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210**.

| Part I | Required Annual Payment | | |
|---|---|---|---|
| 1 | Enter your 2021 tax after credits from Form 1040, 1040-SR, or 1040-NR, line 22. (See the instructions if not filing Form 1040.) | **1** | 1,850 |
| 2 | Other taxes, including self-employment tax and, if applicable, Additional Medicare Tax and/or Net Investment Income Tax (see instructions) | **2** | 5,153 |
| 3 | Other payments and refundable credits (see instructions) | **3** | ( ) |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop**; you don't owe a penalty. **Don't** file Form 2210 | **4** | 7,003 |
| 5 | Multiply line 4 by 90% (0.90)    **5**   6,303 | | |
| 6 | Withholding taxes. **Don't** include estimated tax payments. See instructions | **6** | 512 |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop**; you don't owe a penalty. **Don't** file Form 2210 | **7** | 6,491 |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | **8** | 688 |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | **9** | 688 |

**Next:** Is line 9 more than line 6?

☐ **No.** You **don't** owe a penalty. **Don't** file Form 2210 unless box E below applies.

☒ **Yes.** You may owe a penalty, but **don't** file Form 2210 unless one or more boxes in Part II below applies.

- If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.
- If box **A** or **E** applies (but not **B, C,** or **D**), file only page 1 of Form 2210. You **aren't** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210**.

| Part II | Reasons for Filing. Check applicable boxes. If none apply, **don't** file Form 2210. |
|---|---|
| A ☐ | You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you aren't required to figure your penalty. |
| B ☐ | You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210. |
| C ☐ | Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method**. You must figure the penalty using Schedule AI and file Form 2210. |
| D ☐ | Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210. |
| E ☐ | You filed or are filing a joint return for either 2020 or 2021, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you **aren't** required to figure your penalty (unless box **B, C,** or **D** applies). |

SPA For Paperwork Reduction Act Notice, see separate instructions.    1037 CPTS 1US061    Form **2210** (2021)

GERARDO R VALDIVIA

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
Page **3**

Form 2210 (2021)

## Schedule AI—Annualized Income Installment Method (See the instructions.)

Estates and trusts, **don't** use the period ending dates shown to the right. Instead, use the following: 2/28/21, 4/30/21, 7/31/21, and 11/30/21.

| | | (a)<br>1/1/21–3/31/21 | (b)<br>1/1/21–5/31/21 | (c)<br>1/1/21–8/31/21 | (d)<br>1/1/21–12/31/21 |
|---|---|---|---|---|---|
| **Part I** | **Annualized Income Installments** | | | | |
| 1 | Enter your adjusted gross income for each period. See instructions. (Estates and trusts, enter your taxable income without your exemption for each period.) . . . **1** | | | | |
| 2 | Annualization amounts. (Estates and trusts, see instructions.) **2** | 4 | 2.4 | 1.5 | 1 |
| 3 | Annualized income. Multiply line 1 by line 2 . . . **3** | | | | |
| 4 | If you itemize, enter itemized deductions for the period shown in each column. All others, enter -0-, and skip to line 7. **Exception:** Estates and trusts, skip to line 9 . **4** | | | | |
| 5 | Annualization amounts . . . . . . . . . **5** | 4 | 2.4 | 1.5 | 1 |
| 6 | Multiply line 4 by line 5 . . . . . . . . **6** | | | | |
| 7 | In each column, enter the full amount of your standard deduction from Form 1040 or 1040-SR, line 12. (Form 1040-NR filers, enter -0-. **Exception:** Indian students and business apprentices, see instructions.) . **7** | | | | |
| 8 | Enter the **larger** of line 6 or line 7 . . . . . **8** | | | | |
| 9 | Deduction for qualified business income. **Estates and trusts**: Subtract this amount from the amount on line 3, skip line 10, and enter the result on line 11 . **9** | | | | |
| 10 | Add lines 8 and 9 . . . . . . . . . . **10** | | | | |
| 11 | Subtract line 10 from line 3 . . . . . . . **11** | | | | |
| 12 | Form 1040, 1040-SR, or 1040-NR filers, enter -0- in each column. (Estates and trusts, see instructions.) **12** | | | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- **13** | | | | |
| 14 | Figure your tax on the amount on line 13. See instructions **14** | | | | |
| 15 | Self-employment tax from line 36 (complete Part II below) **15** | | | | |
| 16 | Enter other taxes for each payment period including, if applicable, Additional Medicare Tax and/or Net Investment Income Tax. See instructions **16** | | | | |
| 17 | Total tax. Add lines 14, 15, and 16 . . . . . **17** | | | | |
| 18 | For each period, enter the same type of credits as allowed on Form 2210, Part I, lines 1 and 3. See instructions . . **18** | | | | |
| 19 | Subtract line 18 from line 17. If zero or less, enter -0- **19** | | | | |
| 20 | Applicable percentage . . . . . . . . . **20** | 22.5% | 45% | 67.5% | 90% |
| 21 | Multiply line 19 by line 20 . . . . . . . . **21** | | | | |

**Complete lines 22–27 of one column before going to line 22 of the next column.**

| | | | | | |
|---|---|---|---|---|---|
| 22 | Enter the total of the amounts in all previous columns of line 27 **22** | | | | |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- **23** | | | | |
| 24 | Enter 25% (0.25) of line 9 on page 1 of Form 2210 in each column **24** | | | | |
| 25 | Subtract line 27 of the previous column from line 26 of that column **25** | | | | |
| 26 | Add lines 24 and 25 . . . . . . . . . . **26** | | | | |
| 27 | Enter the **smaller** of line 23 or line 26 here and on Form 2210, Part III, line 10 . . . . . . . ▶ **27** | | | | |
| **Part II** | **Annualized Self-Employment Tax** (Form 1040, 1040-SR, or 1040-NR filers only) | | | | |
| 28 | Net earnings from self-employment for the period (see instructions) **28** | | | | |
| 29 | Prorated social security tax limit . . . . . . **29** | $35,700 | $59,500 | $95,200 | $142,800 |
| 30 | Enter actual wages for the period subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax.<br>**Exception:** If you filed Form 4137 or Form 8919, see instructions **30** | | | | |
| 31 | Subtract line 30 from line 29. If zero or less, enter -0- **31** | | | | |
| 32 | Annualization amounts . . . . . . . . . **32** | 0.496 | 0.2976 | 0.186 | 0.124 |
| 33 | Multiply line 32 by the **smaller** of line 28 or line 31 . **33** | | | | |
| 34 | Annualization amounts . . . . . . . . . **34** | 0.116 | 0.0696 | 0.0435 | 0.029 |
| 35 | Multiply line 28 by line 34 . . . . . . . . **35** | | | | |
| 36 | Add lines 33 and 35. Enter here and on line 15 above ▶ **36** | | | | |

Form **2210** (2021)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| GERARDO R VALDIVIA | 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 |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | RESTAURANT | ▶ 722511 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN), (see instr.) |
|---|---|---|
| | TONDERO RESTAURANT | 85-4056452 |

E   Business address (including suite or room no.) ▶ 9347 SALUSON AVE
City, town or post office, state, and ZIP code   PICO RIVERA CA 90660

F   Accounting method:   (1) ☐ Cash   (2) ☐ Accrual   (3) ☒ Other (specify) ▶ 1099K

G   Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . . . . . ▶   ☒ Yes   ☐ No

H   If you started or acquired this business during 2021, check here . . . . . . . . . . . . . . ▶ ☐

I   Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . . . . ☐ Yes ☐ No

J   If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐ | 1 | 298,201 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 298,201 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 298,201 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ▶ | 7 | 298,201 |

## Part II   Expenses.   Enter expenses for business use of your home only on line 30.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 5,360 | 18 | Office expense (see instructions) | 18 | 1,325 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 85,000 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . | 13 | | 21 | Repairs and maintenance | 21 | 1,800 |
| | | | | 22 | Supplies (not included in Part III) . | 22 | 1,500 |
| | | | | 23 | Taxes and licenses . . . . | 23 | 739 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | 166,011 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | 28 | 261,735 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | 36,466 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home . . . . . . . and (b) the part of your home used for business: . . . . . . . . . . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 36,466 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | | |

SPA   For Paperwork Reduction Act Notice, see the separate instructions.   1037 CPTS 1US091   Schedule C (Form 1040) 2021

GERARDO R VALDIVIA

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

Schedule C (Form 1040) 2021

Page **2**

## Part III Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

## Part IV Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

a Business _____  b Commuting (see instructions) _____  c Other _____

45 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☐ Yes  ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☐ Yes  ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

## Part V Other Expenses. List below business expenses not included on lines 8-26 or line 30.

See STM 01

| | | |
|---|---|---|
| 48 Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . | 48 | 166,011 |

Schedule C (Form 1040) 2021

SPA

1037 CPTS 1US092

| SCHEDULE SE (Form 1040) | **Self-Employment Tax** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Go to www.irs.gov/ScheduleSE for instructions and the latest information. ▶ Attach to Form 1040, 1040-SR, or 1040-NR. | **2021** Attachment Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR) | Social security number of person with self-employment income ▶ |
|---|---|
| GERARDO R VALDIVIA | 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 |

## Part I   Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

A   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . ▶ ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

|  |  |  |  |
|---|---|---|---|
| 1a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . | 1a |  |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

|  |  |  |  |
|---|---|---|---|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | 2 | 36,466 |
| 3 | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . | 3 | 36,466 |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | 4a | 33,676 |
|  | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. |  |  |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . | 4b |  |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . ▶ | 4c | 33,676 |
| 5a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . | 5a |  |  |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . | 5b |  |
| 6 | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . | 6 | 33,676 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021 . . . . . . . . | 7 | 142,800 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $142,800 or more, skip lines 8b through 10, and go to line 11 . . | 8a |  |  |
| b | Unreported tips subject to social security tax from Form 4137, line 10 | 8b |  |  |
| c | Wages subject to social security tax from Form 8919, line 10 . . . | 8c |  |  |
| d | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . | 8d | 142,800 |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . ▶ | 9 | 142,800 |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . | 10 | 4,176 |
| 11 | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . | 11 | 977 |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4** . | 12 | 5,153 |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . | 13 | 2,577 |  |

## Part II   Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $8,820, **or (b)** your net farm profits[2] were less than $6,367.

|  |  |  |  |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . | 14 | 5,880 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $5,880. Also, include this amount on line 4b above . . . . . . . . . . . . . . | 15 |  |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,367 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

|  |  |  |  |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . | 16 |  |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) or the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . | 17 |  |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

SPA **For Paperwork Reduction Act Notice, see your tax return instructions.**      1037 CPTS  1US171                    Schedule SE (Form 1040) 2021

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

▶ Attach to your tax return.
▶ Go to www.irs.gov/Form8995 for instructions and the latest information.

OMB No. 1545-2294

**2021**

Attachment
Sequence No. **55**

Name(s) shown on return
GERARDO R VALDIVIA

Your taxpayer identification number
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

**Note.** You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative.  See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately, $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | TONDERO RESTAURANT | 85-4056452 | 33,889 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss).  Combine lines 1i through 1v, column (c) | **2** | 33,889 | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( 26) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 33,863 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** 6,773 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** 6,773 |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | 21,339 | |
| 12 | Net capital gain (see instructions) | **12** | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 21,339 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** 4,268 |
| 15 | Qualified business income deduction. Enter the lesser of line 10 or line 14. Also enter this amount on the applicable line of your return  (see instructions) ▶ | | | **15** 4,268 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** ( ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward.  Combine lines 6 and 7.  If greater than zero, enter -0- | | | **17** ( ) |

SPA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.     1037 CPTS 1USQA1     Form **8995** (2021)

Table of Additional Statements

GERARDO R VALDIVIA                                                    ***-**-3264

STM 01 - US SCH C        PART V - Other Expenses

| Description | Amount |
| --- | --- |
| LOCAL RENT | 38,676 |
| LIGHT SERVICE | 6,240 |
| GAS SERVICE | 3,840 |
| TELEPHONE INTERNET | 924 |
| MEATS AND PRODUCE | 101,083 |
| PERUVIAN PRODUCT | 4,088 |
| CRDIT CARD AND DEBT MACHI | 2,480 |
| GAS FOR DELIVERIES | 3,516 |
| MAITENANCE FOR EQUIPMENT | 600 |
| GREASE PUMP SERVICE | 720 |
| DESSERTS | 1,454 |
| TABLES | 900 |
| FILTERS | 840 |
| TV 65 | 650 |
| Total | 166,011 |

TAXABLE YEAR

**2021**   **California Resident Income Tax Return**

APE

FORM

**540**

ATTACH FEDERAL RETURN

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   VALD
GERARDO    R VALDIVIA

21   PBA   722511

10476 GREEN HURST ST
BELLFLOWER     CA   90706-0000

12-27-1986

**Principal Residence**

Enter your county at time of filing (see instructions)

⊙ LOS ANGELES

If your address above is the same as your principal/physical residence address at the time of filing, check this box..... ⊙ X

If not, enter below your principal/physical residence address at the time of filing.

Street address (number and street) (If foreign address, see instructions.)     Apt. no/ste. no.
⊙    ⊙

City       State   ZIP code
⊙    ⊙   ⊙

**Filing Status**

If your California filing status is different from your federal filing status, check the box here ..........................

1   X   Single      4   ☐   Head of household (with qualifying person). See instructions.

2   ☐   Married/RDP filing jointly. See inst.    5   ☐   Qualifying widow(er). Enter year spouse/RDP died. ☐

See instructions. ☐

3   ☐   Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here. ☐

6   If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst............ ● 6

**Exemptions**

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.    **Whole dollars only**

7   **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions.   ⊙ 7   1   X $129 = ⊙ $     129.

8   **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1;
if both are visually impaired, enter 2 ................................................................. ⊙ 8   ☐ X $129 = ⊙ $

9   **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1;
if both are 65 or older, enter 2. See instructions .......................................... ● 9   ☐ X $129 = ⊙ $

Your name:  GERARDO R VALDIVIA   Your SSN or ITIN:  795253264

**10  Dependents: Do not include yourself or your spouse/RDP.**

| | | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|---|
| | First Name ⊙ | | | |
| | Last Name ⊙ | | | |
| | SSN. See instructions. ● | | | |
| | Dependent's relationship to you ⊙ | | | |

Total dependent exemptions ..................................................... ● 10 ☐  X $400 = ⊙ $

**11  Exemption amount:** Add line 7 through line 10. Transfer this amount to line 32 ................. ⊙ 11 $   129.

---

| 12 | State wages from your federal Form(s) W-2, box 16 .............................. ● 12 | | . 00 |
|---|---|---|---|
| 13 | Enter federal adjusted gross income from federal Form 1040 or 1040-SR, line 11 ............ ⊙ 13 | 33,889. | . 00 |
| 14 | California adjustments – subtractions. Enter the amount from Schedule CA (540), Part I, line 27, column B .............................. ● 14 | | . 00 |
| 15 | Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions .............................. 15 | 33,889. | . 00 |
| 16 | California adjustments – additions. Enter the amount from Schedule CA (540), Part I, line 27, column C .............................. ● 16 | | . 00 |
| 17 | California adjusted gross income. Combine line 15 and line 165 .......... ● 17 | 33,889. | . 00 |
| 18 | Enter the larger of {  Your California **itemized deductions** from Schedule CA (540), Part II, line 30; **OR**  Your California **standard deduction** shown below for your filing status:  • Single or Married/RDP filing separately ................................ $4,803  • Married/RDP filing jointly, Head of household, or Qualifying widow(er) ........ $9,606  If Married/RDP filing separately or the box on line 6 is checked, **STOP.** See instructions ● 18 } | 4,803. | . 00 |
| 19 | Subtract line 18 from line 17. This is your **taxable income** If less than zero, enter -0- ⊙ 19 | 29,086. | . 00 |

---

| 31 | Tax. Check the box if from:  ☒ Tax Table  ☐ Tax Rate Schedule  ● ☐ FTB 3800  ● ☐ FTB 3803 ............ ● 31 | 629. | . 00 |
|---|---|---|---|
| 32 | Exemption credits. Enter the amount from line 11. If your federal AGI is more than $212,288, see instructions .............................. ⊙ 32 | 129. | . 00 |
| 33 | Subtract line 32 from line 31. If less than zero, enter -0- .............. ⊙ 33 | 500. | . 00 |
| 34 | Tax. See instructions. Check the box if from: ● ☐ Schedule G-1 ● ☐ FTB 5870A ● 34 | | . 00 |
| 35 | Add line 33 and line 34 .............................................. ⊙ 35 | 500. | . 00 |

---

| 40 | Nonrefundable Child and Dependent Care Expenses Credit. See instructions ........... ● 40 | | . 00 |
|---|---|---|---|
| 43 | Enter credit name _____ code ● ☐ and amount ... ● 43 | | . 00 |
| 44 | Enter credit name _____ code ● ☐ and amount ... ● 44 | | . 00 |

Exemptions
Taxable Income
Tax
Special Credits

Your name:  G VALDIVIA    Your SSN or ITIN:  795253264

**Special Credits**

| | | | |
|---|---|---|---|
| 45 | To claim more than two credits. See instructions. Attach Schedule P (540) | • 45 | .00 |
| 46 | Nonrefundable Renter's Credit. See instructions | • 46 | .00 |
| 47 | Add line 40 through line 46. These are your total credits | ⊙ 47 | .00 |
| 48 | Subtract line 47 from line 35. If less than zero, enter -0- | ⊙ 48 | 500. .00 |

**Other Taxes**

| | | | |
|---|---|---|---|
| 61 | Alternative Minimum Tax. Attach Schedule P (540) | • 61 | .00 |
| 62 | Mental Health Services Tax. See instructions | • 62 | .00 |
| 63 | Other taxes and credit recapture. See instructions | • 63 | .00 |
| 64 | Excess Advance Premium Assistance Subsidy (APAS) repayment. See instructions | • 64 | .00 |
| 65 | Add line 48, line 61, line 62, line 63, and line 64. This is your total tax | • 65 | 500. .00 |

**Payments**

| | | | |
|---|---|---|---|
| 71 | California income tax withheld. See instructions | • 71 | .00 |
| 72 | 2021 CA estimated tax and other payments. See instructions | • 72 | .00 |
| 73 | Withholding (Form 592-B and/or 593). See instructions | • 73 | .00 |
| 74 | Excess SDI (or VPDI) withheld. See instructions | • 74 | .00 |
| 75 | Earned Income Tax Credit (EITC) | • 75 | .00 |
| 76 | Young Child Tax Credit (YCTC). See instructions | • 76 | .00 |
| 77 | Net Premium Assistance Subsidy (PAS). See instructions | • 77 | .00 |
| 78 | Add line 71 through line 77. These are your total payments. See instructions | ⊙ 78 | .00 |

**Use Tax**

| | | | |
|---|---|---|---|
| 91 | Use Tax. Do not leave blank. See instructions | • 91 | .00 |
| | If line 91 is zero, check if: [X] No use tax is owed. [X] You paid your use tax obligation directly to CDTFA. | | |

**ISR Penalty**

92  If you and your household had full-year health care coverage, check the box. See instructions. Medicare Part A or C coverage is qualifying health care coverage. If you did not check the box, see instructions.    • [X]

Individual Shared Responsibility (ISR) Penalty. See instructions ......... • 92  .00

**Overpaid Tax/Tax Due**

| | | | |
|---|---|---|---|
| 93 | Payments balance. If line 78 is more than line 91, subtract line 91 from line 78 | ⊙ 93 | .00 |
| 94 | Use Tax balance. If line 91 is more than line 78, subtract line 78 from line 91 | ⊙ 94 | .00 |
| 95 | Payments after Individual Shared Responsibility Penalty. If line 93 is more than line 92, subtract line 92 from line 935 | ⊙ 95 | .00 |
| 96 | Individual Shared Responsibility Penalty Balance. If line 92 is more than line 93, then subtract line 93 from line 92 | ⊙ 96 | .00 |

068    3103214

Form 540 2021 Side 3

Your name: GERARDO VALDIVIA    Your SSN or ITIN: 795253264

| | | | Amount |
|---|---|---|---|
| **Overpaid Tax/Tax Due** | 97 | Overpaid tax. If line 95 is more than line 65, subtract line 65 from line 95 .......... ⊙ 97 | . 00 |
| | 98 | Amount of line 97 you want applied to your 2022 estimated tax ............ ● 98 | . 00 |
| | 99 | Overpaid tax available this year. Subtract line 98 from line 97 .................... ● 99 | . 00 |
| | 100 | Tax due. If line 95 is less than line 65, subtract line 95 from line 65 .................. ⊙ 100 | 500. 00 |

| Contributions | | | Code | Amount |
|---|---|---|---|---|
| | California Seniors Special Fund. See instructions ................................. | ● | 400 | . 00 |
| | Alzheimer's Disease and Related Dementia Voluntary Tax Contribution Fund ................. | ● | 401 | . 00 |
| | Rare and Endangered Species Preservation Voluntary Tax Contribution Program ............ | ● | 403 | . 00 |
| | California Breast Cancer Research Voluntary Tax Contribution Fund .................... | ● | 405 | . 00 |
| | California Firefighters' Memorial Voluntary Tax Contribution Fund ...................... | ● | 406 | . 00 |
| | Emergency Food for Families Voluntary Tax Contribution Fund ...................... | ● | 407 | . 00 |
| | California Peace Officer Memorial Foundation Voluntary Tax Contribution Fund ............. | ● | 408 | . 00 |
| | California Sea Otter Voluntary Tax Contribution Fund ............................. | ● | 410 | . 00 |
| | California Cancer Research Voluntary Tax Contribution Fund ..................... | ● | 413 | . 00 |
| | School Supplies for Homeless Children Voluntary Tax Contribution Fund ................. | ● | 422 | . 00 |
| | State Parks Protection Fund/Parks Pass Purchase ............................ | ● | 423 | . 00 |
| | Protect Our Coast and Oceans Voluntary Tax Contribution Fund ................... | ● | 424 | . 00 |
| | Keep Arts in Schools Voluntary Tax Contribution Fund .......................... | ● | 425 | . 00 |
| | Prevention of Animal Homelessness and Cruelty Voluntary Tax Contribution Fund............. | ● | 431 | . 00 |
| | California Senior Citizen Advocacy Voluntary Tax Contribution Fund ................... | ● | 438 | . 00 |
| | Native California Wildlife Rehabilitation Voluntary Tax Contribution Fund ...................... | ● | 439 | . 00 |
| | Rape Kit Backlog Voluntary Tax Contribution Fund ............................ | ● | 440 | . 00 |
| | Schools Not Prisons Voluntary Tax Contribution Fund ...................... | ● | 443 | . 00 |
| | Suicide Prevention Voluntary Tax Contribution Fund ........................ | ● | 444 | . 00 |
| | Mental Health Crisis Prevention Voluntary Tax Contribution Fund.................... | ● | 445 | . 00 |
| | California Community and Neighborhood Tree Voluntary Tax Contribution Fund .............. | ● | 446 | . 00 |
| | 110 Add code 400 through code 446. This is your total contribution................... | ● | 110 | . 00 |

Your name: GERARDO VALDIVIA   Your SSN or ITIN: 795253264

**Amount You Owe**

111 **AMOUNT YOU OWE.** If you do not have an amount on line 99, add line 94, line 96, line 100, and line 110. See instructions. **Do not send cash.**

Mail to:   FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001 ....  ● 111   `500.` `.00`

Pay Online – Go to ftb.ca.gov/pay  for more information.

**Interest and Penalties**

112 Interest, late return penalties, and late payment penalties ......................................   112   `.00`

113 Underpayment of estimated tax.

Check the box: ●  ☐ FTB 5805 attached ●   ☐  FTB 5805F attached ...................● 113   `.00`

114 Total amount due. See instructions. Enclose, but **do not staple**, any payment ...................   114   `500.` `.00`

**Refund and Direct Deposit**

115 **REFUND OR NO AMOUNT DUE.** Subtract the sum of line 110, line 112 and line 113 from line 99. See instructions.

Mail to:  FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0001 ....  ● 115   `.00`

Fill in the information to authorize direct deposit of your refund into one or two accounts.  **Do not**  attach a voided check or a deposit slip.
See instructions.  **Have you verified the routing and account numbers?**  Use whole dollars only.
All or the following amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number    ● Type    ● Account number    ● 116  Direct deposit amount

`322271627`   ☒ Checking   `757377079`   `.00`
   ☐ Savings

The remaining amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number    ● Type    ● Account number    ● 117  Direct deposit amount

   ☐ Checking       `.00`
   ☐ Savings

**IMPORTANT:**  See the instructions to find out if you should attach a copy of your complete federal tax return.

Our privacy notice can be found in annual tax booklets or online. Go to ftb.ca.gov/privacy  to learn about our privacy policy statement, or go to ftb.ca.gov/forms  and search for **1131** to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection. To request this notice by mail, call 800.338.0505 and enter form code **948**  when instructed. Under penalties of perjury, I declare that I have examined this tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Your signature _____   Date `04/17/22`   Spouse's/RDP's signature (if a joint tax return, both must sign) _____

**Sign Here**

It is unlawful to forge a spouse's/RDP's signature.

Joint tax return? (See instructions)

● Your email address. Enter only one email address.   `papelito1128@hotmail.com`   ● Preferred phone number   `562-200-5748`

Paid preparer's signature (declaration of preparer is based on all information of which preparer has any knowledge) _____

Firm's name (or yours, if self-employed)   `GISELLA L FORTUN`   ● PTIN   `P01054320`

Firm's address   `5720 IMPERIAL HWY SOUTH GATE CA 90280`   ● Firm's FEIN

Do you want to allow another person to discuss this tax return with us? See instructions .....................● ☐ Yes  ☒ No

Print Third Party Designee's Name _____   Telephone Number _____

## Other Mailable Forms

Prepared for:
GERARDO R VALDIVIA

10476 GREEN HURST ST
BELLFLOWER CA 90706

Following are Mailable copies of forms which are NOT a part of your Federal or
State Tax Return, but need to be mailed to a separate location.

Remember to attach copies of any required supporting documents.

Return Printed on 04/17/2022 at 00:22:58 AM

1USBDR1                                      FORTUN    Page 01

**Form 1040-ES**
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

**Payment Voucher 3**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due Sept. 15, 2022

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple. Fast. Secure.

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| GERARDO R | VALDIVIA | 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 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
10476 GREEN HURST ST

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| BELLFLOWER | CA | 90706 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   1037 CPTS 1USES1

Tear off here

**Form 1040-ES**
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

**Payment Voucher 2**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due June 15, 2022

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple. Fast. Secure.

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| GERARDO R | VALDIVIA | 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 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
10476 GREEN HURST ST

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| BELLFLOWER | CA | 90706 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   1037 CPTS 1USES1

Tear off here

**Form 1040-ES**
Department of the Treasury
Internal Revenue Service

**2022   Estimated Tax**

**Payment Voucher 1**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2022 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due April 18, 2022

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 1,550 | 00 |

Pay online at www.irs.gov/etpay

Simple. Fast. Secure.

Print or type

| Your first name and middle initial | Your last name | Your social security number |
|---|---|---|
| GERARDO R | VALDIVIA | 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 |

If joint payment, complete for spouse

| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
|---|---|---|

Address (number, street, and apt. no.)
10476 GREEN HURST ST

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| BELLFLOWER | CA | 90706 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**SPA   For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   1037 CPTS 1 USES1   **Form 1040-ES (2022)**

GERARDO R VALDIVIA                                                   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

**Record of Estimated Tax Payments** (Farmers, fishermen, and fiscal
year taxpayers, see Payment Due Dates.)                    Keep for Your Records   

| Payment number | Payment due date | (a) Amount due | (b) Date paid | (c) Check or money order number, or credit or debit card confirmation number | (d) Amount paid (do not include any convenience fee) | (e) 2021 overpayment credit applied | (f) Total amount paid and credited (add (d) and (e)) |
|---|---|---|---|---|---|---|---|
| 1 | 4/18/2022 | | | | | | |
| 2 | 6/15/2022 | | | | | | |
| 3 | 9/15/2022 | | | | | | |
| 4 | 1/17/2023* | | | | | | |
| Total. . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | |

* You do not have to make this payment if you file your 2021 tax return by January 31, 2023, **and** pay the entire balance due with your return.

**Privacy** Act and Paperwork Reduction Act Notice. We ask for this information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax. Our legal right to ask for this information is Internal Revenue Code section 6654, which requires that you pay your taxes in a specified manner to avoid being penalized. Additionally, sections 6001, 6011, and 6012(a) and their regulations require you to file a return or statement for any tax for which you are liable; section 6109 requires you to provide your identifying number. Failure to provide this information, or providing false or fraudulent information, may subject you to penalties.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as stated in Code section 6103.

We may disclose the information to the Department of Justice for civil and criminal litigation and to other federal agencies, as provided by law.

We may disclose it to cities, states, the District of Columbia, and U.S. commonwealths or possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

If you do not file a return, do not give the information asked for, or give fraudulent information, you may be charged penalties and be subject to criminal prosecution.

Please keep this notice with your records. It may help you if we ask you for other information. If you have any questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return.

If you have suggestions for making this package simpler, we would be happy to hear from you. See the instructions for your income tax return.

Tear off here

| Form **1040-ES** Department of the Treasury Internal Revenue Service | **2022  Estimated Tax** | **Payment Voucher 4** | OMB No. 1545-0074 |
|---|---|---|---|

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to "**United States Treasury.**" Write your social security number and "2021 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

**Calendar year—Due Jan. 17, 2023**

Amount of estimated tax you are paying by check or money order.

| | Dollars | Cents |
|---|---|---|
| | 1,551 | 00 |

Pay online at www.irs.gov/etpay

Simple.
Fast.
Secure.

Print or Type

| Your first name and middle initial GERARDO R | Your last name VALDIVIA | Your social security number 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 |
|---|---|---|
| If joint payment, complete for spouse | | |
| Spouse's first name and middle initial | Spouse's last name | Spouse's social security number |
| Address (number, street, and apt. no.) 10476 GREEN HURST ST | | |
| City, town, or post office. If you have a foreign address, also complete spaces below. BELLFLOWER | State CA | ZIP code 90706 |
| Foreign country name | Foreign province/county | Foreign postal code |

SPA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.        1037 CPTS 1USES2        Form **1040-ES** (2022)

GERARDO R VALDIVIA

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

## 2022 Estimated Tax Worksheet

Keep for Your Records

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income you expect in 2022 (see instructions) | 1 | 33,889 |
| 2a | Deductions | 2a | 12,950 |
| | • If you plan to itemize deductions, enter the estimated total of your itemized deductions. | | |
| | • If you don't plan to itemize deductions, enter your standard deduction. | | |
| b | If you can take the qualified business income deduction, enter the estimated amount of the deduction | 2b | |
| c | Add lines 2a and 2b | 2c | 12,950 |
| 3 | Subtract line 2c from line 1 | 3 | 20,939 |
| 4 | **Tax.** Figure your tax on the amount on line 3 by using the **2022 Tax Rate Schedules.** **Caution:** If you will have qualified dividends or a net capital gain, or expect to exclude or deduct foreign earned income or housing, see Worksheets 2-5 and 2-6 in Pub. 505 to figure the tax | 4 | 2,307 |
| 5 | Alternative minimum tax from **Form 6251** | 5 | |
| 6 | Add lines 4 and 5. Add to this amount any other taxes you expect to include in the total on Form 1040 or 1040-SR, line 16 | 6 | 2,307 |
| 7 | Credits (see instructions). **Do not** include any income tax withholding on this line | 7 | |
| 8 | Subtract line 7 from line 6. If zero or less, enter -0- | 8 | 2,307 |
| 9 | Self-employment tax (see instructions) | 9 | 5,152 |
| 10 | Other taxes (see instructions) | 10 | |
| 11a | Add lines 8 through 10 | 11a | 7,459 |
| b | Earned income credit, refundable child tax credit* or additional child tax credit, fuel tax credit, net premium tax credit, refundable American opportunity credit, section 1341 credit, and refundable credit from Form 8885* | 11b | |
| c | **Total 2022 estimated tax.** Subtract line 11b from line 11a. If zero or less, enter -0- ▶ | 11c | 7,459 |

| | | | | | |
|---|---|---|---|---|---|
| 12a | Multiply line 11c by 90% (66 2/3% for farmers and fishermen) | 12a | 6,713 | | |
| b | Required annual payment based on prior year's tax (see instructions) | 12b | 7,003 | | |
| c | **Required annual payment to avoid a penalty.** Enter the **smaller** of line 12a or 12b ▶ | | | 12c | 6,713 |

**Caution:** Generally, if you do not prepay (through income tax withholding and estimated tax payments) at least the amount on line 12c, you may owe a penalty for not paying enough estimated tax. To avoid a penalty, make sure your estimate on line 11c is as accurate as possible. Even if you pay the required annual payment, you may still owe tax when you file your return. If you prefer, you can pay the amount shown on line 11c. For details, see chapter 2 of Pub. 505.

| | | | | |
|---|---|---|---|---|
| 13 | Income tax withheld and estimated to be withheld during 2022 (including income tax withholding on pensions, annuities, certain deferred income, etc.) | | 13 | 512 |

| | | | | |
|---|---|---|---|---|
| 14a | Subtract line 13 from line 12c | 14a | 6,201 | |
| | Is the result zero or less? | | | |
| | ☐ **Yes.** Stop here. You are not required to make estimated tax payments. | | | |
| | ☒ **No.** Go to line 14b. | | | |
| b | Subtract line 13 from line 11c | 14b | 6,947 | |
| | Is the result less than $1,000? | | | |
| | ☐ **Yes.** Stop here. You are not required to make estimated tax payments. | | | |
| | ☒ **No.** Go to line 15 to figure your required payment. | | | |
| 15 | If the first payment you are required to make is due April 18, 2022, enter ¼ of line 14a (minus any 2021 overpayment that you are applying to this installment) here, and on your estimated tax payment voucher(s) if you are paying by check or money order | 15 | 1,550 | |

*If applicable.

**Form 1040-ES (2022)**

