Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO VALDIVIA, individually and d/b/a TONDERO PERUVIAN CUISINE,<br><br>Defendant. | Case No.:  2:22-cv-07303-TJH-PLA<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (AMENDED ANSWER) (proposed)<br><br>Date:  July 17, 2023<br>Time:  UNDER SUBMISSION<br>Place:  Courtroom 9B<br>Judge:  Honorable Terry J. Hatter Jr. |

THIS MATTER having come before the Court on Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Amended Answer) and the Court having considered the pleadings and been otherwise advised in the premises

///

|     |     |
| --- | --- |
| 1   | **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to |
| 2   | Strike is **GRANTED** and Defendant's Affirmative Defenses (Amended Answer), |
| 3   | |
| 4   | save for the fourth (statute of limitations), are hereby stricken without leave to |
| 5   | amend. |
| 6   | **It is so ordered**: |

1    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion to

2    Strike is **GRANTED** and Defendant's Affirmative Defenses (Amended Answer),

3-4    save for the fourth (statute of limitations), are hereby stricken without leave to

5    amend.

6    **It is so ordered**:

_____    Dated:_____

**The Hon. Terry J. Hatter, Jr.**
**United States District Court**
**Central District of California**

## PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 12, 2023, I caused to serve the following document entitled:

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (AMENDED ANSWER) (proposed)

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Gerardo Valdivia (Defendant)
9347 Slauson Avenue
Pico Rivera, CA 90660

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 12, 2023, at South Pasadena, California.

Dated: June 12, 2023

*/s/ Isabella Fernandez*
ISABELLA FERNANDEZ