Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
***Innovative Sports Management, Inc.***
***d/b/a Integrated Sports Media***

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Innovative Sports Management, Inc.**<br>**d/b/a Integrated Sports Media,**<br><br>                        **Plaintiff,**<br><br>          **vs.**<br><br>**Gerardo Valdivia,**<br><br>                        **Defendant.** | **CASE NO. 2:22-cv-07303-TJH-KSx**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GERARDO VALDIVIA, INDIVIDUALLY AND D/B/A TONDERO PERUVIAN CUISINE [JS-6]** |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA and Defendant GERARDO VALDIVIA, individually and d/b/a TONDERO PERUVIAN CUISINE that the above-entitled action is hereby dismissed **with prejudice** against GERARDO VALDIVIA *and in its entirety*.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: <u>JULY 26, 2023</u>

**The Honorable Terry J. Hatter, Jr.**
**United States District Judge**
**Central District of California**

///

///

///

///

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 2:22-CV-07303-TJH-KS
PAGE 2

1    ///

2    ///

3    ///

4    ///

5    ///

6    ///

7    ///

8                              **PROOF OF SERVICE**

9

10          I declare that:

11          I am employed in the County of Los Angeles, California. I am over the age of

12   eighteen years and not a party to the within cause; my business address is First Library

13   Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily

14   familiar with this law firm's practice for collection and processing of

15   correspondence/documents for mail in the ordinary course of business.

16

17          On July 26, 2023, I caused to serve the following document entitled:

18   **[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF**

19   **PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GERARDO**

20   **VALDIVIA, INDIVIDUALLY AND D/B/A TONDERO PERUVIAN CUISINE**

21          On all parties referenced by enclosing a true copy thereof in a sealed envelope

22   with postage prepaid and following ordinary business practices, said envelope was

23   addressed to:

24

25          Gerardo Valdivia (Defendant)
26          9347 Slauson Ave.
27          Pico Rivera, CA 90660

28

**ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 2:22-CV-07303-TJH-KS**
**PAGE 3**

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 26, 2023, at South Pasadena, California.

Dated: July 26, 2023

/s/ Leticia Estrada
**LETICIA ESTRADA**